# SCHEDULE C

SCHEDULE "C"
LEGAL DESCRIPTION

FEE, EXCLUDING MINERALS

Hidalgo County, Texas

Tract:  RGV-MCS-1005-1   Owner: Ediberto B. Reyna, Jr., et al.   Acreage: 0.06

BEING a certain tract of land containing 0.06 acres, more or less, of 2.55 acres, more or less, situated in the City of Los Ebanos, Espiritu Santo Grant, Hidalgo County, Texas, being more particularly described as follows:

BEING a strip of land approximately 50 feet in width and approximately 52 feet in length, located in the south part of the ownership, which crosses the land of the subject owner, and contains 0.06 acres, more or less, as shown on the attached map.

This tract is further identified in Hidalgo County Appraisal District, as Property ID No. R100913.

                                                    Tract:  RGV-MCS-1005-1

```
                    SCHEDULE "C" (Cont.)
                     LEGAL DESCRIPTION

                    FEE, EXCLUDING MINERALS


                     Hidalgo County, Texas
```

Tract: RGV-MCS-1005-2   Owner: Ediberto B. Reyna, Jr., et al.   Acreage: 0.004

BEING a certain tract of land containing 0.004 acres, more or less, of 2.55 acres, more or less, situated in the City of Los Ebanos, Espiritu Santo Grant, Hidalgo County, Texas, being more particularly described as follows:

BEING a triangular shaped strip of land approximately 17 feet x 20 feet x 27 feet, more or less, located in the northeast corner of the ownership, which crosses the land of the subject owner, and contains 0.004 acres, more or less, as shown on the attached map.

This tract is further identified in Hidalgo County Appraisal District, as Property ID No. R100913.

                                          Tract:  RGV-MCS-1005-2

SCHEDULE "C" (Cont.)
LEGAL DESCRIPTION

PERPETUAL ROAD EASEMENT

Hidalgo County, Texas

Tract: RGV-MCS-1005E-1   Owner: Ediberto B. Reyna, Jr., et al.   Acreage: 0.02

BEING a certain tract of land containing 0.02 acres, more or less, of 2.55 acres, more or less, situated in the City of Los Ebanos, Espiritu Santo Grant, Hidalgo County, Texas, being more particularly described as follows:

BEING a strip of land approximately 20 feet in width and approximately 43 feet in length, located in the extreme southeast part of the ownership adjacent to the property line, which crosses the land of the subject owner, and contains 0.02 acres, more or less, as shown on the attached map.

This tract is further identified in Hidalgo County Appraisal District, as Property ID No. R100913.

Tract: RGV-MCS-1005E-1

SCHEDULE "C" (Cont.)
LEGAL DESCRIPTION

TEMPORARY ACCESS EASEMENT

Hidalgo County, Texas

Tract: RGV-MCS-1005E-2   Owner: Ediberto B. Reyna, Jr., et al.   Acreage: 0.01

BEING a certain tract of land containing 0.01 acres, more or less, of 2.55 acres, more or less, situated in the City of Los Ebanos, Espiritu Santo Grant, Hidalgo County, Texas, being more particularly described as follows:

BEING a strip of land approximately 10 feet in width and approximately 43 feet in length, located in the extreme southeast part of the ownership, which crosses the land of the subject owner, and contains 0.01 acres, more or less, as shown on the attached map.

This tract is further identified in Hidalgo County Appraisal District, as Property ID No. R100913.

Tract: RGV-MCS-1005E-2

# SCHEDULE D

SCHEDULE "D"
FEE, EXCLUDING MINERALS



LAND TO BE CONDEMNED

Tract: RGV-MCS-1005-1
Owner: Ediberto B. Reyna, Jr., et al.
Acreage: 0.06
Hidalgo County, TX
Appraisal District Property Identification No. R100913

SCHEDULE "D" (Cont.)
FEE, EXCLUDING MINERALS



LAND TO BE CONDEMNED

Tract:   RGV-MCS-1005-2
Owner:   Ediberto B. Reyna, Jr., et al.
Acreage:  0.004
Hidalgo County, TX
Appraisal District Property Identification No. R100913

SCHEDULE "D" (Cont.)
PERPETUAL ROAD EASEMENT



LAND TO BE CONDEMNED

Tract: RGV-MCS-1005E-1
Owner: Ediberto B. Reyna, Jr., et al.
Acreage: 0.02
Hidalgo County, TX
Appraisal District Property Identification No. R100913

SCHEDULE "D" (Cont.)
TEMPORARY ACCESS EASEMENT



LAND TO BE CONDEMNED

Tract:  RGV-MCS-1005E-2
Owner:  Ediberto B. Reyna, Jr., et al.
Acreage:  0.01
Hidalgo County, TX
Appraisal District Property Identification No. R100913

# SCHEDULE E

```
                        SCHEDULE "E"
                        ESTATE TAKEN

                     FEE, EXCLUDING MINERALS

                      Hidalgo County, Texas

Tracts:  RGV-MCS-1005-1  Owner: Ediberto B. Reyna, Jr., et al.  Acres:  0.06
         RGV-MCS-1005-2                                         Acres:  0.004
```

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads and pipelines; excepting and excluding all interests in minerals and the rights appurtenant thereto; reserving the following rights and interests in the property being acquired by the United States as described herein: a perpetual right-of-way on both sides of the Federal border barrier for the purpose of gaining access to condemnee`s land on the other side of the border barrier; and, the United States grants to the condemnee a perpetual right-of-way across other lands of the United States along and on both sides of the border barrier to reach and utilize the nearest border barrier gate for the purpose of accessing condemnee`s lands on the other side.  The purpose of this provision is to clarify that the United States is not prohibiting access to condemnee`s remaining lands between the border barrier and the Rio Grande River, but is providing a permanent right-of-way to condemnee and all landowners similarly situated to access the nearest border barrier gate which allows entry to the other side of the border barrier from which unacquired land can be accessed.

SCHEDULE "E" (Cont.)
ESTATE TAKEN

PERPETUAL ROAD EASEMENT

Hidalgo County, Texas

Tract:  RGV-MCS-1005E-1   Owner: Ediberto B. Reyna, Jr., et al.   Acres: 0.02

A perpetual and assignable easement and right-of-way in, over and across the land described in Schedule "C" for the location, construction, operation, maintenance, alteration and replacement of a road and appurtenances thereto; together with the right to trim or remove any vegetative or structural obstacles that interfere with the right-of-way; subject to minerals and rights appurtenant thereto, and to existing easements for public roads, highways, public utilities, railroads and pipelines; reserving, however, to the owners, their successors and assigns, the right to use the surface of such land as access to their adjoining land or for any other use consistent with its use as a road.

```
                        SCHEDULE "E" (Cont.)
                           ESTATE TAKEN

                      TEMPORARY ACCESS EASEMENT

                         Hidalgo County, Texas

Tract:  RGV-MCS-1005E-2   Owner: Ediberto B. Reyna, Jr., et al.   Acres: 0.01
```

A temporary and assignable easement and right-of-way in, over and across the land described in Schedule "C" for a period not to exceed 24 months, beginning with date possession of the land is granted to the United States, for the location, construction, operation, maintenance, alteration and replacement of a road and appurtenances thereto; together with the right to trim or remove any vegetative or structural obstacles that interfere with the right-of-way; subject to minerals and rights appurtenant thereto, and to existing easements for public roads, highways, public utilities, railroads and pipelines; reserving, however, to the owners, their successors and assigns, the right to use the surface of such land as access to their adjoining land or for any other use consistent with its use as a road.

# SCHEDULE G

```
                          SCHEDULE "G"
              NAMES AND ADDRESSES OF INTERESTED PARTIES:
```

Ediberto B. Reyna, Jr. and Carla G. Reyna, husband and wife
10016 Fieldcrest
Dallas, TX  75238

Elda Belinda Reyna
5445 Caruth Haven Lane, Apt. 615
Dallas, TX  75225

Armando Barrera, Jr., RTA
Hidalgo County Tax Assessor-Collector
Administration Building
2804 South U.S. Highway 281
Edinburg, TX  78539