UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

*United States Courts*
*Southern District of Texas*
**FILED**
NOV 4 2008
Michael N. Milby, Clerk

| | |
|---|---|
| United States of America, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>0.094 ACRES OF LAND, More Or Less, )<br>Situated in HIDALGO COUNTY, STATE )<br>OF TEXAS; and EDIBERTO B. REYNA, JR., )<br>et al., )<br>)<br>Defendants. )<br>) | CIVIL NO.   7:08-cv-302<br><br>TRACK NOS.:<br>RGV-MCS-1005-1, 1005-2,<br>1005E-1, 1005E-2<br><br>CLERK'S RECEIPT |

I, Michael N. Milby, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that on **November 4, 2008**, I received from the United States of America, plaintiff herein, and deposited in the registry of the Court, Check No. **01488956** dated **August 8, 2008** in the sum of **$5,750.00**, being the amount of estimated compensation mentioned in the Declaration of Taking filed in the above-entitled condemnation proceeding.

CLERK, UNITED STATES DISTRICT COURT

BY: _____
Deputy Clerk