UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States Courts
Southern District of Texas
FILED

NOV 2 1 2008

Michael N. Milby, Clerk

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | CIVIL NO.  7:08-cv-302 |
| v. ) | TRACK NOS.: RGV-MCS-1005-1, 1005-2, 1005E-1, 1005E-2 |
| 0.094 ACRES OF LAND, More Or Less, Situated in HIDALGO COUNTY, STATE OF TEXAS; and EDIBERTO B. REYNA, JR., et al., ) | CLERK'S RECEIPT |
| Defendants. ) | |

I, Michael N. Milby, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that on **November 21, 2008**, I received from the United States of America, plaintiff herein, and deposited in the registry of the Court, Check No. **01501465** dated **November 7, 2008** in the sum of **$400.00**, being the amount of estimated compensation mentioned in the Declaration of Taking filed in the above-entitled condemnation proceeding.

CLERK, UNITED STATES DISTRICT COURT

BY: _____
Deputy Clerk