UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 0 9 2009
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CIVIL NO. 7:08-cv-302 |
| ) | |
| v. ) | RGV-MCS-1005 |
| ) | |
| 0.094 ACRES OF LAND, More or Less, ) | |
| Situated in HIDALGO COUNTY, STATE ) | |
| OF TEXAS; and EDIBERTO B. REYNA, ) | |
| et al., ) | |
| Defendants. | |

### AGREED ORDER FOR DELIVERY OF POSSESSION

This action coming on upon the joint application of the Plaintiff and of Defendants, Eiberto B. Reyna, Jr., and wife, Carla G. Reyna and Elda Belinda Reyna for an order for the surrender of immediate possession of the property described in the Complaint filed herein to Plaintiff, and it appearing that Plaintiff is entitled to possession of said property.

IT IS HEREBY ORDERED that all Defendants to this action and all persons in possession or control of the property described in the Complaint filed herein shall surrender possession of said property to the extend to the estate being condemned, to the Plaintiff immediately.

IT IS FURTHER ORDERED that a notice of this order shall be served upon all persons in possession or control of the said property forthwith.

Signed this 5th day of J_____, 2008.

Andrew S. Hanen
United States District Judge