

**Hidalgo County**
**Arturo Guajardo Jr.**
**County Clerk**
**Edinburg,TX 78540**

70 2012 02308163

---

**Instrument Number: 2012-2308163**

**Recorded On: May 15, 2012**                                              As

**Recording**

**Parties:**                                                           **Billable Pages: 5**

To                                                            **Number of Pages: 6**

**Comment: GEN WD**

---

** Examined and Charged as Follows: **

Recording                    32.00

**Total Recording:**          **32.00**

---

************ **THIS PAGE IS PART OF THE INSTRUMENT** ************
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information:**                          **Record and Return To:**
  Document Number: 2012-2308163                  LOUISE E BRUBAKER
  Receipt Number: 1276862                        ORIGINAL RETURNED CUSTOMER
  Recorded Date/Time: May 15, 2012 01:53P        EDINBURG TX 78540

  User / Station: E Castillo - Cash Station 17



GOVERNMENT
EXHIBIT
1

---



**STATE OF TEXAS**
**COUNTY OF HIDALGO**

I hereby certify that this instrument was FILED in the File Number sequence on the date/time
printed hereon, and was duly RECORDED in the Official Records of Hidalgo County, Texas

Arturo Guajardo Jr.
County Clerk
Hidalgo County, TX

RGV-MCS-1005-3

## GENERAL WARRANTY DEED

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER LICENSE NUMBER**

### GRANTOR (WHETHER ONE OR MORE):

Ediberto B. Reyna, a/k/a Ediberto Bruno Reyna, Jr., a/k/a E.B. Reyna, Jr., and Linda Reyna, a/ka/ Elda Reyna Seale, a/k/a Elda Belinda Reyna.

### GRANTOR'S MAILING ADDRESS:

10016 Fieldcrest, Dallas, Texas 75328 and 5445 Caruth Haven Lane, #615, Dallas, TX 75225, respectively.

### GRANTEE:

UNITED STATES OF AMERICA and its assigns.

### GRANTEE'S MAILING ADDRESS:

Department of Homeland Security, Customs and Border Protection, DHS, CBP, Logistics Center-Dallas, TX., ICE Shared Services Provider Facilities and Engineering, 8th floor, 7701 N. Stemmons Freeway Dallas, TX 75247.

**CONSIDERATION:** Five Thousand and 00/100 Dollars ($5,000.00).

### PROPERTY (including any improvements):

A CERTAIN 0.5758 ACRES TRACT, OR 25,080 SQUARE FEET OF LAND, BEING OUT OF A CALLED 3 ACRE TRACT OF LAND CONVEYED TO EDIBERTO BRUNO REYNA, JR. AND ELDA BELINDA REYNA BY CAUSE NUMBER 16,509-A COUNTY COURT OF LAW NO. 1, HIDALGO COUNTY DATED JULY 31, 1986, AS DESCRIBED IN A DEED DATED JANUARY 20, 1951, RECORDED IN INSTRUMENT NO. 1851 OF THE HIDALGO COUNTY DEED RECORDS (H.C.D.R.), BEING A PORTION OF LOTS 341 AND 342 OF THE SUBDIVISION OF PORCIONES 38, 39 AND 40 RECORDED IN VOLUME 4, PAGE 17-19 HIDALGO COUNTY MAP RECORDS (H.C.M.R.), LOCATED IN HIDALGO COUNTY, TEXAS, AND SPECIFICALLY, LEGALLY DESCRIBED AT **Exhibit "A"**.

### Reservations from and Exceptions to Conveyance and Warranty:

Grantor, for the consideration and subject to the reservations from and exceptions to conveyance and warranty, grants, sells, and conveys to the Grantee the property,

1

RGV-MCS-1005-3

together with all and singular rights and appurtenances thereto in any wise belonging, together with all right, title, and interest which the Grantor may have in the banks, beds, and waters of any streams bordering the said land to be conveyed, and also all interest in alleys, roads, streets, ways, strips, gores, or railroad rights-of-way abutting or adjoining said land and in any means of ingress or egress appurtenant thereto, TO HAVE AND TO HOLD it to Grantee, United States of America and its assigns.  Grantor binds Grantor and Grantor's heirs, executors, administrators, and successors to WARRANT AND FOREVER DEFEND all and singular the property to Grantee and its assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except ass to the reservations from and subjection to the conveyance and warranty as follows:

> **The estate taken excepts and excludes all interests in oil, gas and other mineral and water rights, provided that Grantor shall not have the right to use the surface for the purposes of developing the oil, gas and other mineral estate and water rights.**

> **The premises are conveyed SUBJECT TO existing easements of record for public roads and highways, public utilities, railroads and pipelines.**

Taxes for the year 2011 have been paid by Grantor.  Taxes for the year 2012 up thru and inclusive of the date of filing are to be paid by and are the responsibility of Grantor.  Grantor acknowledges that the tax bill for the year 2011 shall be mailed to Grantor and paid by Grantor promptly.   INDEMNITY: GRANTOR AGREES TO PAY ON DEMAND TO THE GRANTEE AND/OR TITLE COMPANIES IN THIS TRANSACTION, THEIR SUCCESSORS AND ASSIGNS, ALL AMOUNTS SECURED BY ANY AND ALL LIENS, CLAIMS FOR ANY UNPAID TAXES, INTEREST, PENALTIES, TOGETHER WITH ALL COSTS, LOSS AND ATTORNEY'S FEES THAT SAID PARTIES MAY INCUR IN CONNECTION WITH SUCH UNMENTIONED TAXES OR LIENS FOR TAXES, PROVIDED SAID LIENS, CLAIMS OR RIGHTS EITHER CURRENTLY APPLY TO SUCH PROPERTY, OR A PART THEREOF, OR ARE SUBSEQUENTLY ESTABLISHED AGAINST SAID PROPERTY.

       **IN TESTIMONY WHEREOF**, witness my signature on this __14__ day of May, 2012.

**Ediberto B. Reyna, a/k/a Ediberto Bruno Reyna, Jr., a/k/a E.B. Reyna, Jr.**

**Linda Reyna, a/k/a Elda Reyna Seale, a/k/a Elda Belinda Reyna**

2

RGV-MCS-1005-3

**STATE OF TEXAS}**
**COUNTY OF DALLAS}**

Before me, the undersigned notary public, on this day personally appeared before me **Ediberto B. Reyna, a/k/a Ediberto Bruno Reyna, Jr., a/k/a E.B. Reyna, Jr.**, proved to me through presentation of appropriate and legally sufficient identification or personally known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal this the ___14th___ day of May, 2012.



_____
Notary Public, State of Texas

Notary's seal:

**STATE OF TEXAS}**
**COUNTY OF DALLAS}**

Before me, the undersigned notary public, on this day personally appeared before me **Linda Reyna, a/ka Elda Reyna Seale, a/k/a Elda Belinda Reyna**, proved to me through presentation of appropriate and legally sufficient identification or personally known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal this the ___14th___ day of May, 2012.



_____
Notary Public, State of Texas

Notary's seal:

RGV-MCS-1005-3

## EXHIBIT A
## LEGAL DESCRIPTION

DEPARTMENT OF HOMELAND SECURITY
CUSTOMS AND BORDER PROTECTION

LOS EBANOS PORT OF ENTRY
LOS EBANOS, TEXAS
HIDALGO COUNTY

TRACT: RGV-MCS-1005-3; OWNER: REYNA ; ACREAGE: 0.5758

**DESCRIPTION:** A CERTAIN 0.5758 ACRES TRACT, OR 25,080 SQUARE FEET OF LAND, BEING OUT OF A CALLED 3 ACRE TRACT OF LAND CONVEYED TO EDIBERTO BRUNO REYNA, JR. AND ELDA BELINDA REYNA BY CAUSE NUMBER 16,509-A COUNTY COURT OF LAW NO. 1, HIDALGO COUNTY DATED JULY 31, 1986, AS DESCRIBED IN A DEED DATED JANUARY 20, 1951, RECORDED IN INSTRUMENT NO. 1851 OF THE HIDALGO COUNTY DEED RECORDS (H.C.D.R.), BEING A PORTION OF LOTS 341 AND 342 OF THE SUBDIVISION OF PORCIONES 38, 39 AND 40 RECORDED IN VOLUME 4, PAGE 17-19 HIDALGO COUNTY MAP RECORDS (H.C.M.R.), LOCATED IN HIDALGO COUNTY, TEXAS; SAID 0.5758 ACRE TRACT BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

**COMMENCING** at a found 1/2 inch iron rod for the northwest corner of Lot 101 of the Village of Los Ebanos recorded in Volume 13, Page 46 H.C.M.R. conveyed to Pamela Rivas by a deed dated March 23, 2006, recorded in Document Number 1594667 of the Hidalgo County Official Records (H.C.O.R.), the southeast corner of Lot 340 of the said Subdivision of Porciones 38, 39 and 40, conveyed to Rodolfo M. Pena, Jr., et. al. by a deed dated October 10, 2003, recorded in Document Number 1288402 H.C.O.R., the westerly southwest corner of Section 5 of Lot 100 Village of Los Ebanos recorded in Volume 413, Page 269 H.C.D.R., conveyed to Rene J. Pena by a deed dated August 21, 1988, recorded in Volume 2652, Page 923 H.C.D.R. and the westerly northeast corner of said Lot 341, conveyed to Pamela Rivas by Cause Number P-30,962 Probate Court of Hidalgo County dated August 14, 2006, having coordinates of N = 16,612,938.70, E = 963,283.41;

**THENCE**, South 09 degrees 26 minutes 39 seconds West, along the west line of said Lot 101 and the east line of said Lot 341, a distance of 258.30 feet to the southwest corner of said Lot 101 and an interior corner of said Lot 341, being on the easterly north line of said Reyna tract;

**THENCE**, South 80 degrees 33 minutes 21 seconds East, along the south line of said Lot 101 and the easterly north line of said Lot 341, a distance of 369.19 feet to a 5/8 inch iron rod with aluminum cap stamped "LCI", set, for the northwest corner and POINT OF BEGINNING of the herein described tract, having coordinates of N = 16,612,623.32, E = 963,605.21;

4

RGV-MCS-1005-3

**THENCE**, South 80 degrees 33 minutes 21 seconds East, continuing along the south line of said Lot 101 and the easterly north line of said Lot 341, a distance of 49.71 feet to a cotton picker spindle, set, for the northeast corner of the herein described tract, being the southeast corner of said Lot 101, the easterly northeast corner of said Lot 341, the northerly northwest corner of said Lot 342, the northeast corner of said Reyna tract and being on the northerly west line of a called 14.67 acre tract of land conveyed to Pamela Rivas by a deed dated March 23, 2006, recorded in Document Number 1594667 H.C.O.R.

**THENCE**, South 09 degrees 25 minutes 53 seconds West, along the southerly east line of said Lot 341 and the northerly west line of said Lot 342, a distance of 122.00 feet to a 5/8 inch iron rod with aluminum cap stamped "LCI", set, for the southeast corner of the herein described tract, being the southeast corner of said Reyna tract and the easterly northeast corner of a called 7.97 acre tract of land out of said Lot 342, conveyed to Pamela Rivas by Cause Number P-30,962 Probate Court of Hidalgo County dated August 14, 2006;

**THENCE**, North 80 degrees 33 minutes 21 seconds West, along the south line of said Reyna tract and the easterly north line of said Rivas 7.97 acre tract, a distance of 381.76 feet to a 5/8 inch iron rod with aluminum cap stamped "LCI", set, for the southwest corner of the herein described tract;

**THENCE**, North 77 degrees 44 minutes 32 seconds East, a distance of 201.82 feet to a 5/8 inch iron rod with aluminum cap stamped "LCI", set, for a corner of the herein described tract;

**THENCE**, South 18 degrees 42 minutes 05 seconds East, a distance of 29.26 feet to a 5/8 inch iron rod with aluminum cap stamped "LCI", set, for an interior corner of the herein described tract;

**THENCE**, North 70 degrees 12 minutes 15 seconds East, a distance of 149.80 feet to the POINT OF BEGINNING and containing 0.5758 acre or 25,080 square feet of land.

Bearings and coordinates are referenced to the Texas Coordinate System, NAD83, South Zone (4205) and referenced to Cooperative CORS Network Station AUGLIR, having coordinates of N=16,664,165.44 & E=878,725.08. All coordinates and distances are U.S. Survey Foot.