# Schedule CC

SCHEDULE "CC"
LEGAL DESCRIPTION

FEE, EXCLUDING MINERALS

Hidalgo County, Texas

Tract: RGV-MCS-1005        Owner: Ediberto B. Reyna, Jr., et al.        Acreage: 0.151

Being 0.151 acres of land, more or less, for a fence acquisition tract out of a 3.00 acre tract out of Lot 341 of the partition of Porciones 38, 39, and 40, recorded in Volume 4, Page 17, Map Records of Hidalgo County, Texas, said 3.00 acre tract referred to in Cause No. 16,509-A in County Court At Law No. 1 of Hidalgo County, Texas, and in Cause No. P30,962 Probate Court of Hidalgo County, Texas, and said 3.00 acre tract recorded in Instrument No. 1851, Deed Records of Hidalgo County, Texas and this 0.151 acre tract being more particularly described by metes and bounds as follows:

Beginning at the northwest corner of this tract, said corner being on the eastmost north boundary line of said 3.00 acre tract and the south boundary line of Lot 101, a tract deeded to Pamela Rivas and recorded in Instrument No. 1594667, Deed Records of Hidalgo County, Texas, and this corner having a State Plane Grid coordinate of N=16612672.68, E=963305.91, Texas South Zone, NAD'83, in U.S. feet, and bearing S 09-26-39 W, 221.02 feet, S 80-33-21 E, 65.84 feet, from a concrete monument found at the northmost northeast corner of said 3.00 acre tract;

Thence S 80-33-21 E with the north boundary of this tract, also being the eastmost north boundary of said 3.00 acre tract, 61.74 feet, to the northeast corner of this tract;

Thence S 23-05-49 W, 73.49 feet, to a turning point on the east boundary of this tract;

Thence S 18-55-14 W, 22.89 feet, to the southeast corner of this tract, said corner being on the northwest boundary of Tract 101;

Thence S 77-44-32 W with the south boundary of this tract, the same being the northwest boundary of said Tract 101, 70.12 feet, to the southwest corner of this tract;

Thence N 18-55-14 E, 61.38 feet, to a turning point in the west boundary of this tract;

Thence N 23-05-49 E, 61.11 feet, to the point of beginning and containing 0.151 acres of land, more or less.

Tract: RGV-MCS-1005

SCHEDULE "CC"
LEGAL DESCRIPTION

FEE, EXCLUDING MINERALS

Hidalgo County, Texas

Tract: RGV-MCS-1005-2          Owner: Pamela Rivas          Acres: 0.004

FIELD NOTES FOR 0.004 ACRES OR 179 SQUARE FEET OF LAND, BEING A PORTION OF LOT 101 (CALLED 2.48 ACRES) OF THE VILLAGE OF LOS EBANOS, RECORDED IN VOLUME 13, PAGE 46, HIDALGO COUNTY MAP RECORDS (H.C.M.R.), CONVEYED TO PAMELA RIVAS BY A DEED DATED MARCH 23, 2006, RECORDED IN DOCUMENT NUMBER 1594667 OF THE HIDALGO COUNTY OFFICIAL RECORDS (H.C.O.R.) LOCATED IN HIDALGO COUNTY, TEXAS; SAID 0.004 ACRE TRACT BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

**COMMENCING** at a found 1/2 inch iron rod being the northwest corner of said Lot 101, the southeast corner of Lot 340 of the subdivision of Porciones 38, 39 and 40 recorded in Volume 4, Page 17-19 H.C.M.R., conveyed to Rodolfo M. Pena, Jr., et. al. by a deed dated October 10, 2003, recorded in Document Number 1288402 H.C.O.R., the southwest corner of Section 5 of Lot 100 Village of Los Ebanos recorded in Volume 413, Page 269 of the Hidalgo County Deed Records (H.C.D.R.), conveyed to Rene J. Pena by a deed dated August 21, 1988, recorded in Volume 2652, Page 923 H.C.D.R. and the northeast corner of Lot 341 of said subdivision of Porciones 38, 39 and 40, having coordinates of N = 16,612,938.70, E = 963,283.41;

THENCE, South 09 degrees 26 minutes 39 seconds West along the west line of said Lot 101 and the east line of said Lot 341, a distance of 37.63 feet to a 5/8 inch iron rod with aluminum cap stamped "LCI", set on said east and west lines;

THENCE, departing said lines South 30 degrees 14 minutes 11 seconds East over and across lot 101 a calculated distance of 20.39 feet to the **POINT OF BEGINNING** of herein described tract and being the Northwest corner thereof;

THENCE, continuing across said lot the following three (3) calculated courses:

1) South 80 degrees 33 minutes 21 seconds East a distance of 17.24 feet to the northeast corner of herein described tract;

2) South 09 degrees 26 minutes 39 seconds West a distance of 20.78 feet to the southeast corner of herein described tract, said corner also being located North 30 degrees 14 minutes 39 seconds West a distance of 44.71 feet from a 5/8" iron rod with aluminum cap stamped "LCI";

3) North 30 degrees 14 minutes 39 seconds West a distance of 27.00 feet to the **POINT OF BEGINNING** and containing 0.004 acres or 179 square feet of land.

Bearings and coordinates are referenced to the Texas Coordinate System, NAD83, South Zone (4205) and referenced to Cooperative CORS Network Station AUGLIR, having coordinates of N=16,664,165.44 & E=878,725.08. All coordinates and distances are U.S. Survey Foot.

22-Feb-13 bjc  Tract: RGV-MCS-1005-2
Revised In-House

# Schedule DD

SCHEDULE "DD"
Fee, Excluding Minerals



LAND TO BE CONDEMNED

Tract: RGV-MCS-1005
Owner: Ediberto B. Reyna, Jr., et al.
Acres: 0.151
Hidalgo County, Texas

Amendment to Declaration of Taking - Page 14



SCHEDULE "DD"
Fee, Excluding Minerals

LAND TO BE CONDEMNED

Tract: RGV-MCS-1005-2
Owner: Pamela Rivas
Acres: 0.004
Hidalgo County, Texas

Amendment to Declaration of Taking - Page 15

# Schedule EE

SCHEDULE "EE"
ESTATE TAKEN

FEE, EXCLUDING MINERALS

Hidalgo County, Texas

Tract: RGV-MCS-1005        Owner: Ediberto B. Reyna, Jr., et al.        Acres: 0.151
Tract: RGV-MCS-1005-2     Owner: Pamela Rivas                                   Acres: 0.004

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads and pipelines; excepting and excluding all interests in minerals and the rights appurtenant thereto; reserving the following rights and interests in the property being acquired by the United States as described herein: a perpetual right-of-way on both sides of the Federal border barrier for the purpose of gaining access to condemnee's land on the other side of the border barrier; and, the United States grants to the condemnee a perpetual right-of-way across other lands of the United States along and on both sides of the border barrier to reach and utilize the nearest border barrier gate for the purpose of accessing condemnee's lands on the other side. The purpose of this provision is to clarify that the United States is not prohibiting access to condemnee's remaining lands between the border barrier and the Rio Grande River, but is providing a permanent right-of-way to condemnee and all landowners similarly situated to access the nearest border barrier gate which allows entry to the other side of the border barrier from which unacquired land can be accessed.

The estate taken excepts and excludes all interests in minerals and in water distribution and drainage systems, provided that any surface rights arising from the excluded interests in water distribution and drainage systems are subordinated to the construction, operation, and maintenance of the border barrier.

# Schedule GG

SCHEDULE "GG"

NAMES AND ADDRESSES OF INTERESTED PARTIES:

Ediberto B. Reyna, Jr. and Carla G. Reyna, husband and wife

Dallas, Texas 75238

Elda Belinda Reyna

Dallas, Texas 75225

Pamela Rivas

Edinburg, Texas 78541
(by virtue of title evidence showing that acquired Tract RGV-MCS-1005-2 is owned by Pamela Rivas)

Paul Villarreal, RTA
Hidalgo County Tax Assessor-Collector
Administration Building
2804 South U.S. Highway 281
Edinburg, Texas 78539

**FOR SUBORDINATION PURPOSES ONLY:**

AEP Texas Central Company, a Texas corporation
CT Corporation System (Registered Agent)
350 N. St. Paul St., Ste. 2900
Dallas, Texas 75201
(by virtue of Right-of-Way Easement dated December 16, 1991, recorded in Volume 3251, Page 1 in the Office of the County Clerk of Hidalgo County, Texas)
(by virtue of Right-of-Way Easement dated February 17, 1992, recorded in Volume 3327, Page 503 in the Office of the County Clerk of Hidalgo County, Texas)