# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | )   Civil No. 7:08-cv-196 |
| 0.98 ACRES OF LAND, more or less, | ) |
| situate in HIDALGO COUNTY, STATE | ) |
| OF TEXAS; and PAMELA RIVAS, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | )   Civil No. 7:08-cv-213 |
| 0.61 ACRES OF LAND, more or less, | ) |
| situate in HIDALGO COUNTY, STATE | ) |
| OF TEXAS; and PAMELA RIVAS, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

### .  UNITED STATES' NOTICE ON JURY SIZE

The United States urges the Court to appoint a Commission to determine just compensation in this case. F.R.Civ.P. 71.1(h)(2). If the Court decides to try this case to a jury, the United States agrees to a twelve person jury where a verdict may be rendered by the concurrence, as to each and all answers made, of the same ten or more members of an original jury of twelve. See T.R.Civ.P. 292.

Respectfully submitted,

DONALD J. DeGABRIELLE, JR.
United States Attorney

By:   /s/   *Daniel David Hu*
DANIEL DAVID HU
Deputy Civil Chief
Daniel.Hu@usdoj.gov
Texas Bar No. 10131415
P.O. Box 61129
Houston, Texas 77208-1129
Tel: (713) 567-9518
Fax: (713) 718-3303

Attorney-in-Charge for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent a copy via electronic filing to the following counsel:

David Garza - dgarza@garzaandgarza.com

/s/   *Daniel David Hu*
DANIEL DAVID HU
Assistant United States Attorney