IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § § | CIVIL ACTION NO. 7-08-CV-196 |
| Plaintiff | § § | |
| v. | § § | JUDGE: HON. ANDREW S. HANEN |
| 0.98 ACRES OF LAND, more or less, situated in HIDALGO COUNTY, STATE OF TEXAS; PAMELA RIVAS, et al., | § § § § | |
| Defendants | § § § | |

## DEFENDANT'S REPORT ON ISSUE OF POSSESSION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant **PAMELA RIVAS** and pursuant to the court's scheduling order of August 27, 2008 would show that Defendant has been unable to agree with Plaintiff concerning its motion for possession. Defendant still has issues or concerns about access, the exact location of the proposed fence and just compensation. Defendant will file a follow up report by September 12, 2008 pursuant to the court's scheduling order.

WHEREFORE PREMISES CONSIDERED,

Defendant requests that this Honorable Court take notice of this report.

Respectfully submitted,

**PAMELA RIVAS, Defendant**

By: _____/s/ David C. Garza_____

David C. Garza (attorney in charge)
Texas State Bar No. 07731400
Federal Admissions ID No. 3778
GARZA & GARZA, LLP
PO Box 2025
680 East St. Charles, Ste. 300
Brownsville, TX 78520
Telephone:  (956) 541-4914
Fax:  (956) 542-7403
Email:  dgarza@garzaandgarza.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2008, I electronically filed the foregoing Defendant's Report on Issue of Possession with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record and that I emailed a copy to the following:

**Donald J. DeGabrielle, Jr.**
U. S. Attorney
515 Rusk Avenue, Suite 1102
Houston, Texas  77002
Tel.: 713-567-9000
Fax: 713-718-3300
Email: Donald.DeGabrielle@usdoj.gov

**Daniel D. Hu**
Assistant United States Attorney
919 Milam, Suite 1500
Houston, Texas  77208
Tel.: 713-567-9518
Fax: 713-718-3303
Email: Daniel.hu@usdoj.gov

                                                                      _____/s/ David C. Garza_____
                                                                             David C. Garza