IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | CIVIL ACTION NO. 7-08-CV-196 |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | JUDGE: HON. ANDREW S. HANEN |
| | § | |
| 0.98 ACRES OF LAND, more or less, | § | |
| situated in HIDALGO COUNTY, STATE | § | |
| OF TEXAS; PAMELA RIVAS, et al., | § | |
| | § | **JURY TRIAL REQUESTED** |
| Defendants | § | |
| | § | |

## UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT PAMELA RIVAS

NOW COMES David C. Garza of Garza & Garza, attorney for Defendant Pamela Rivas (hereinafter at times referred to as "Client" or "Defendant"), and requests permission to withdraw from representing Defendant.

This motion is based on good cause that has previously been shown to and accepted by the Court. The withdrawal and substitution is not sought for delay alone. Client wishes to represent herself pro se. A copy of this motion has been delivered to Assistant U.S. Attorney Daniel D. Hu by email. Client has been given reasonable notice that the undersigned lawyer would seek to withdraw, as per Client's wishes.

There is no counsel for substitution at this time. Notices may be sent to Client at the physical address and email address noted in the certificate of service.

There are new settings and deadlines pending in this matter. The next deadlines are August 29, 2013 and September 20, 2013. These deadlines are for Plaintiff's experts and

Defendant's rebuttals respectively. Other dates are set out in the Court's Minute Entry from January 7, 2013. The final pretrial is set for 1:30 p.m. on January 7, 2014. Jury selection is set for 9:00 a.m. on January 9, 2014.

WHEREFORE, David C. Garza of Garza & Garza, respectfully requests that this court enter an order permitting David C. Garza and the law firm of Garza & Garza to withdraw from this cause.

Respectfully submitted,

By: _____
David C. Garza (attorney in charge)
Texas State Bar No. 07731400
Federal Admissions ID No. 3778
Garza & Garza LLP
P.O. Box 2025
Brownsville, Texas 78522
Phone: (956) 541-4914
Fax: (956) 542-7403

## CERTIFICATE OF SERVICE

I hereby certify that on January 9th, 2013, I electronically filed the foregoing Motion to Withdraw as Attorney of Record for Defendant Pamela Rivas with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record and that I also sent a copy to the following as noted herein:

**Daniel D. Hu**                                     *Via Email*
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel.: 713-567-9518
Fax: 713-718-3303
Email: Daniel.Hu@usdoj.gov

**Pamela Rivas**                                     *Via Certified Mail/RRR*
4309 North Gwin Road                          *No. 7012 1010 0000 2279 1342*
Edinburg, Texas 78542                          *and Email*
Email: PRivas04@att.net
Cell.: 956-393-1416
Tel.: 956-383-3517

_____
David C. Garza

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | CIVIL ACTION NO. 7-08-CV-196 |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | JUDGE: HON. ANDREW S. HANEN |
| | § | |
| 0.98 ACRES OF LAND, more or less, | § | |
| situated in HIDALGO COUNTY, STATE | § | |
| OF TEXAS; PAMELA RIVAS, et al., | § | |
| | § | **JURY TRIAL REQUESTED** |
| Defendants | § | |

## ORDER PERMITTING WITHDRAWAL OF ATTORNEY DAVID C. GARZA

The Court examined the foregoing motion. After hearing the evidence, the Court is of the opinion that good cause has been shown and that the motion should be granted.

IT IS HEREBY ORDERED that David C. Garza and the law firm of Garza & Garza Attorneys of Brownsville, Texas be and are hereby permitted to withdraw immediately as attorney of record for Defendant **PAMELA RIVAS** in this cause. There are new settings and deadlines pending in this matter. The next deadlines are August 29, 2013 and September 20, 2013. These deadlines are for Plaintiff's experts and Defendant's rebuttals respectively. Other dates are set out in the Court's Minute Entry from January 7, 2013. The final pretrial is set for 1:30 p.m. on January 7, 2014. Jury selection is set for 9:00 a.m. on January 9, 2014.

At this time, no counsel has been substituted for David C. Garza and all further pleadings and/or notices for **PAMELA RIVAS** should be sent to Defendant as follows:

PAMELA RIVAS
4309 North Gwin Road
Edinburg, Texas 78542
Email: PRivas04@att.net
Cell: (956) 393-1416 Tel: (956) 383-3517

SIGNED on this _____ day of January 2013.

Andrew S. Hanen
United States District Judge

ORDER PERMITTING WITHDRAWAL OF
ATTORNEY DAVID C. GARZA

c:\dcg\cl\Pamela-Rivas\Order-Withdraw

Copies of the following Order Permitting Withdrawal of Attorney David C. Garza to be sent as follows:

**David C. Garza**
Garza & Garza Attorneys at Law
P.O. Box 2025
Brownsville, Texas 78522
Tel.: (956) 541-4914
Fax: (956) 542-7403
Email: Dgarza@garzaandgarza.com

**Daniel D. Hu**
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel.: 713-567-9518
Fax: 713-718-3303
Email: Daniel.Hu@usdoj.gov

**Pamela Rivas**
4309 North Gwin Road
Edinburg, Texas 78542
Email: PRivas04@att.net
Cell.: 956-393-1416
Tel.: 956-383-3517

ORDER PERMITTING WITHDRAWAL OF
ATTORNEY DAVID C. GARZA