THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA, )
)
)    AMENDMENT TO
Plaintiff, )    DECLARATION OF TAKING
)
vs. )
)
0.98 ACRES OF LAND, MORE OR LESS, )    CIVIL NO. 7:08-cv-196
SITUATE IN HIDALGO COUNTY, STATE OF )
TEXAS; AND PAMELA RIVAS,  ET AL., )
)
Defendants. )
_____ )

TO THE HONORABLE JUDGE ANDREW S. HANEN,
THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS:

On June 28, 2008, this proceeding commenced with the filing of a Complaint and

Declaration of Taking in this Honorable Court in the name of the United States of

America for the acquisition of certain interests in land identified as Tracts RGV-MCS-

1004, RGV-MCS-1004E-1, RGV-MCS-1004E-2, RGV-MCS-1004E-3 and RGV-MCS-

1004E-4 situate in Hidalgo County, Texas.

It is now necessary to amend said Declaration of Taking as follows:

a.      To clarify the descriptions of acquired Tracts RGV-MCS-1004, RGV-

MCS-1004E-1, RGV-MCS-1004E-2 and RGV-MCS-1004E-3 and the accompanying

plats to reflect accurately the results of a final survey of said land received after

institution of this proceeding; and

b.      To clarify the estate being taken in acquired Tract RGV-MCS-1004 in

order to assure landowners that water distribution and drainage systems are not being

acquired.

NOW, THEREFORE, I, Loren Flossman, Director, Border Patrol Facilities and Tactical Infrastructure Program Management Office, Facilities Management and Engineering, Office of Administration, U.S. Customs and Border Protection, Department of Homeland Security, under the authority delegated to me by the Act of Congress approved November 25, 2002, as Public Law 107-296, 116 Stat. 2311 and codified at 6 U.S.C. §§ 202, 251, 551, and 557, which transferred certain authorities of the Attorney General to the Secretary of Homeland Security; and by DHS Delegation No. 7010.3(II)(B), which delegated land acquisition authority from the Secretary of Homeland Security to the Commissioner of U.S. Customs and Border Protection; and by CBP Delegation 08-004, which delegated land acquisition authority to the Executive Director, Facilities Management and Engineering, and by CBP Delegation 09-003, which further delegated land acquisition authority under $3 million dollars to Director, Border Patrol Facilities and Tactical Infrastructure Program Management Office, Facilities Management and Engineering; do hereby amend said Declaration of Taking to:

1. Substitute Schedule "CC", containing a clarified legal descriptions of acquired Tracts RGV-MCS-1004, RGV-MCS-1004E-1, RGV-MCS-1004E-2 and RGV-MCS-1004E-3, attached hereto and made a part hereof in lieu of the legal description provided in Schedule "C" of the Declaration of Taking; and

2. Substitute Schedule "DD", containing a final survey of the acquired Tracts RGV-MCS-1004, RGV-MCS-1004E-1, RGV-MCS-1004E-2 and RGV-MCS-1004E-3, attached hereto and made a part hereof in lieu of the plat provided in Schedule "D" of the Declaration of Taking.

3. Substitute Schedule "EE", containing a clarified estate taken in acquired Tract RGV-MCS-1004, attached hereto and made part hereof in lieu of the estate described in Schedule "E" of the Declaration of Taking.

It is intended by this amendment that the aforesaid Declaration of Taking (as heretofore amended) is not changed, and is not intended to be changed, in any respect except as hereinabove expressly set forth.

IN WITNESS WHEREOF, the undersigned, Director, Border Patrol Facilities and Tactical Infrastructure Program Management Office, Facilities Management and Engineering, Office of Administration, U.S. Customs and Border Protection, Department of Homeland Security, hereunto subscribes his name by direction of the Secretary of the Department of Homeland Security, this ___/___ day of _____*MAR*_____, 2013 in the City of Washington, District of Columbia.

Loren Flossman
Director, Border Patrol Facilities and Tactical
        Infrastructure Program Management Office
Facilities Management and Engineering
Office of Administration
U.S. Customs and Border Protection
Department of Homeland Security

# Schedule CC

SCHEDULE "CC"
LEGAL DESCRIPTION

FEE, EXCLUDING MINERALS

Hidalgo County, Texas

Tract: RGV-MCS-1004          Owner: Pamela Rivas                    Acres: 0.3816

FIELD NOTES FOR 0.3816 ACRES OR 16,621 SQUARE FEET OF LAND, BEING A
PORTION OF LOT 101 (CALLED 2.48 ACRES) OF THE VILLAGE OF LOS EBANOS,
RECORDED IN VOLUME 13, PAGE 46, HIDALGO COUNTY MAP RECORDS (H.C.M.R.),
CONVEYED TO PAMELA RIVAS BY A DEED DATED MARCH 23, 2006, RECORDED IN
DOCUMENT NUMBER 1594667 OF THE HIDALGO COUNTY OFFICIAL RECORDS
(H.C.O.R.) LOCATED IN HIDALGO COUNTY, TEXAS; SAID 0.3816 ACRE TRACT
BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING at a found 1/2 inch iron rod for the northwest corner of the herein described tract,
being the northwest corner of said Lot 101, the southeast corner of Lot 340 of the subdivision of
Porciones 38, 39 and 40 recorded in Volume 4, Page 17-19 H.C.M.R., conveyed to Rodolfo M.
Pena, Jr., et. al. by a deed dated October 10, 2003, recorded in Document Number 1288402
H.C.O.R., the southwest corner of Section 5 of Lot 100 Village of Los Ebanos recorded in
Volume 413, Page 269 of the Hidalgo County Deed Records (H.C.D.R.), conveyed to Rene J.
Pena by a deed dated August 21, 1988, recorded in Volume 2652, Page 923 H.C.D.R. and the
northeast corner of Lot 341 of said subdivision of Porciones 38, 39 and 40, having coordinates of
N = 16,612,938.70, E = 963,283.41;

THENCE, South 80 degrees 33 minutes 21 seconds East, along the north line of said Lot 101 and
the south line of said Section 5, Lot 100, a distance of 46.75 feet to a 5/8 inch iron rod with
aluminum cap stamped "LCI", set, for the northeast corner of the herein described tract;

THENCE, South 30 degrees 14 minutes 11 seconds East, severing said Lot 101, a distance of
107.44 feet to a 5/8 inch iron rod with aluminum cap stamped "LCI", set, for an angle point of
the herein described tract;

THENCE, South 00 degrees 01 minutes 44 seconds West, severing said Lot 101, a distance of
136.40 feet to a 5/8 inch iron rod with aluminum cap stamped "LCI", set, for an angle point of
the herein described tract;

THENCE, South 23 degrees 05 minutes 49 seconds West, severing said Lot 101, a distance of
42.25 feet to a 5/8 inch iron rod with aluminum cap stamped "LCI", set, for the southeast corner
of the herein described tract, being on the south line of said Lot 101 and the north line of a called

Amendment to Declaration of Taking - Page **4**

3.0 acre tract of land conveyed to E. B. Reyna by a deed dated January 20, 1951 recorded in Instrument Number 1851 H.C.D.R.;

THENCE, North 80 degrees 33 minutes 21 seconds West, along the south line of said Lot 101 and the north line of said Reyna tract, a distance of 61.74 feet to a 5/8 inch iron rod with aluminum cap stamped "LCI", set, for the southwest corner of the herein described tract, being on the south line of said Lot 101 and the north line of said Reyna tract;

THENCE, North 23 degrees 05 minutes 49 seconds East, severing said Lot 101, a distance of 44.58 feet to a 5/8 inch iron rod with aluminum cap stamped "LCI", set, for an angle point of the herein described tract;

THENCE, North 00 degrees 01 minutes 44 seconds East, severing said Lot 101, a distance of 107.92 feet to a 5/8 inch iron rod with aluminum cap stamped "LCI", set, for an angle point of the herein described tract;

THENCE, North 30 degrees 14 minutes 11 seconds West, severing said Lot 101, a distance of 44.71 feet to a point;

THENCE, North 09 degrees 26 minutes 39 seconds East, severing said Lot 101, a distance of 20.78 feet to a point;

THENCE, North 80 degrees 33 minutes 21 seconds West, severing said Lot 101, a distance of 17.24 feet to a point;

THENCE, North 30 degrees 14 minutes 11 seconds West, severing said Lot 101, a distance of 20.39 feet to a 5/8 inch iron rod with aluminum cap stamped "LCI", set, for a westerly corner of the herein described tract, being on the west line of said Lot 101 and the east line of said Lot 341;

THENCE, North 09 degrees 26 minutes 39 seconds East, along the west line of said Lot 101 and the east line of said Lot 341, a distance of 37.63 feet to the POINT OF BEGINNING and containing 0.3816 acre or 16,621 square feet of land.

Bearings and coordinates are referenced to the Texas Coordinate System, NAD83, South Zone (4205) and referenced to Cooperative CORS Network Station AUGLIR, having coordinates of N=16,664,165.44 & E=878,725.08. All coordinates and distances are U.S. Survey Foot.

25-Feb-13 bjc
Revised In-House

RGV-MCS-1004

Amendment to Declaration of Taking - Page **5**

SCHEDULE "CC" (Cont.)
LEGAL DESCRIPTION

PERPETUAL ROAD EASEMENT

Hidalgo County Texas

Tract: RGV-MCS-1004E-1        Owner:  Pamela Rivas        Acreage:  0.3958

FIELD NOTES FOR 0.3958 ACRES OR 17,240 SQUARE FEET OF LAND, BEING A
PORTION OF LOT 101 (CALLED 2.48 ACRES) OF THE VILLAGE OF LOS EBANOS
RECORDED IN VOLUME 13, PAGE 46, HIDALGO COUNTY MAP RECORDS (H.C.M.R.),
CONVEYED TO PAMELA RIVAS BY A DEED DATED MARCH 23, 2006, RECORDED IN
DOCUMENT NUMBER 1594667 OF THE HIDALGO COUNTY OFFICIAL RECORDS
(H.C.O.R.) LOCATED IN HIDALGO COUNTY, TEXAS; SAID 0.3958 ACRE TRACT
BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

COMMENCING at a found 1/2 inch iron rod for the northwest corner of said Lot 101, the
southeast corner of Lot 340 of the subdivision of Porciones 38, 39 and 40 recorded in Volume 4,
Page 17-19 H.C.M.R., conveyed to Rodolfo M. Pena, Jr., et. al. by a deed dated October 10,
2003, recorded in Document Number 1288402 H.C.O.R., the southwest corner of Section 5 of
Lot 100 Village of Los Ebanos recorded in Volume 413, Page 269 of the Hidalgo County Deed
Records (H.C.D.R.), conveyed to Rene J. Pena by a deed dated August 21, 1998, recorded in
Volume 2652, Page 923 H.C.D.R. and the northeast corner of Lot 341 of said subdivision of
Porciones 38, 39 and 40, having coordinates of N = 16,612,938.70, E = 963,283.41;

THENCE, South 80 degrees 33 minutes 21 seconds East, along the north line of said Lot 101 and
the south line of said Section 5, Lot 100, a distance of 46.75 feet;

THENCE, South 30 degrees 14 minutes 11 seconds East, a distance of 41.93 feet to a point, for
the **POINT OF BEGINNING** and the northwest corner of the herein described tract, having
coordinates of N = 16,612,894.80, E = 963,350.64;

THENCE, South 75 degrees 39 minutes 40 seconds East, a distance of 125.70 feet to a point for
an angle point of the herein described tract;

THENCE, South 67 degrees 23 minutes 20 seconds East, a distance of 71.40 feet to a point for
an angle point of the herein described tract;

THENCE, South 77 degrees 15 minutes 32 seconds East, a distance of 76.23 feet to a point for
an angle point of the herein described tract;

Amendment to Declaration of Taking - Page **6**

THENCE, South 26 degrees 27 minutes 05 seconds East, a distance of 59.32 feet to a point for an angle point of the herein described tract;

THENCE, South 01 degrees 07 minutes 46 seconds East, a distance of 149.14 feet to a point for the southeast corner of the herein described tract, being on the south line of said Lot 101 and the north line of a called 3.0 acre tract of land conveyed to E. B. Reyna by a deed dated January 20, 1951 recorded in Instrument Number 1851 H.C.D.R.;

THENCE, North 80 degrees 33 minutes 21 seconds West, along the south line of said Lot 101 and the north line of said Reyna tract, a distance of 40.69 feet to a point for an angle point of the herein described tract;

THENCE, North 01 degrees 07 minutes 46 seconds West, a distance of 132.68 feet to a point for an angle point of the herein described tract;

THENCE, North 26 degrees 27 minutes 05 seconds West, a distance of 31.33 feet to a point for an angle point of the herein described tract;

THENCE, North 77 degrees 15 minutes 32 seconds West, a distance of 60.69 feet to a point for an angle point of the herein described tract;

THENCE, North 67 degrees 23 minutes 20 seconds West, a distance of 71.96 feet to a point for an angle point of the herein described tract;

THENCE, North 75 degrees 39 minutes 40 seconds West, a distance of 83.40 feet to a point for an angle point of the herein described tract;

THENCE, North 30 degrees 14 minutes 11 seconds West, a distance of 56.15 feet to the POINT OF BEGINNING and containing 0.3958 acre or 17,240 square feet of land.

Bearings and coordinates are referenced to the Texas Coordinate System, NAD83, South Zone (4205) and referenced to Cooperative CORS Network Station AUGLIR, having coordinates of N=16,664,165.44 & E=878,725.08. All coordinates and distances are U.S. Survey Foot.

RGV-MCS-1004E-1

SCHEDULE "CC" (Cont.)
LEGAL DESCRIPTION

## TEMPORARY ROAD EASEMENT

Hidalgo County Texas

Tract: RGV-MCS-1004E-2        Owner:  Pamela Rivas              Acreage:  0.1135

FIELD NOTES FOR 0.1135 ACRES OR 4,945 SQUARE FEET OF LAND, BEING A
PORTION OF LOT 101 (CALLED 2.48 ACRES) OF THE VILLAGE OF LOS EBANOS
RECORDED IN VOLUME 13, PAGE 46, HIDALGO COUNTY MAP RECORDS (H.C.M.R.),
CONVEYED TO PAMELA RIVAS BY A DEED DATED MARCH 23, 2006, RECORDED IN
DOCUMENT NUMBER 1594667 OF THE HIDALGO COUNTY OFFICIAL RECORDS
(H.C.O.R.) LOCATED IN HIDALGO COUNTY, TEXAS; SAID 0.1135 ACRE TRACT
BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

COMMENCING at a found 1/2 inch iron rod for the northwest corner of said Lot 101, the
southeast corner of Lot 340 of the subdivision of Porciones 38, 39 and 40 recorded in Volume 4,
Page 17-19 H.C.M.R., conveyed to Rodolfo M. Pena, Jr., et. al. by a deed dated October 10,
2003, recorded in Document Number 1288402 H.C.O.R., the southwest corner of Section 5 of
Lot 100 Village of Los Ebanos recorded in Volume 413, Page 269 of the Hidalgo County Deed
Records (H.C.D.R.), conveyed to Rene J. Pena by a deed dated August 21, 1998, recorded in
Volume 2652, Page 923 H.C.D.R. and the northeast corner of Lot 341 of said subdivision of
Porciones 38, 39 and 40, having coordinates of N = 16,612,938.70, E = 963,283.41;

THENCE, South 80 degrees 33 minutes 21 seconds East, along the north line of said Lot 101 and
the south line of said Section 5, Lot 100, a distance of 46.75 feet;

THENCE, South 30 degrees 14 minutes 11 seconds East, a distance of 27.89 feet to a point, for
the **POINT OF BEGINNING** and the northwest corner of the herein described tract, having
coordinates of N = 16,612,906.93, E = 963,343.57;

THENCE, South 75 degrees 39 minutes 40 seconds East, a distance of 136.28 feet to a point for
an angle point of the herein described tract;

THENCE, South 67 degrees 23 minutes 20 seconds East, a distance of 71.26 feet to a point for
an angle point of the herein described tract;

THENCE, South 77 degrees 15 minutes 32 seconds East, a distance of 80.11 feet to a point for
an angle point of the herein described tract;

Amendment to Declaration of Taking - Page **8**

THENCE, South 26 degrees 27 minutes 05 seconds East, a distance of 66.31 feet to a point for an angle point of the herein described tract;

THENCE, South 01 degrees 07 minutes 46 seconds East, a distance of 153.25 feet to a point for the southeast corner of the herein described tract, being on the south line of said Lot 101 and the north line of a called 3.0 acre tract of land conveyed to E. B. Reyna by a deed dated January 20, 1951 recorded in Instrument Number 1851 H.C.D.R.;

THENCE, North 80 degrees 33 minutes 21 seconds West, along the south line of said Lot 101 and the north line of said Reyna tract, a distance of 10.17 feet to a point for an angle point of the herein described tract;

THENCE, North 01 degrees 07 minutes 46 seconds West, a distance of 149.14 feet to a point for an angle point of the herein described tract;

THENCE, North 26 degrees 27 minutes 05 seconds West, a distance of 59.32 feet to a point for an angle point of the herein described tract;

THENCE, North 77 degrees 15 minutes 32 seconds West, a distance of 76.23 feet to a point for an angle point of the herein described tract;

THENCE, North 67 degrees 23 minutes 20 seconds West, a distance of 71.40 feet to a point for an angle point of the herein described tract;

THENCE, North 75 degrees 39 minutes 40 seconds West, a distance of 125.70 feet to a point for an angle point of the herein described tract;

THENCE, North 30 degrees 14 minutes 11 seconds West, a distance of 14.04 feet to the POINT OF BEGINNING and containing 0.1135 acre or 4,945 square feet of land.

Bearings and coordinates are referenced to the Texas Coordinate System, NAD83, South Zone (4205) and referenced to Cooperative CORS Network Station AUGLIR, having coordinates of N=16,664,165.44 & E=878,725.08. All coordinates and distances are U.S. Survey Foot.

RGV-MCS-1004E-2

## SCHEDULE "CC"
## LEGAL DESCRIPTION

### TEMPORARY ROAD EASEMENT

#### Hidalgo County, Texas

Tract: RGV-MCS-1004E-3          Owner: Pamela Rivas          Acres: 0. 0844

DESCRIPTION FIELD NOTES FOR 0.0844 ACRES OR 3,678 SQUARE FEET OF LAND, BEING A PORTION OF LOT 101 (CALLED 2.48 ACRES) OF THE VILLAGE OF LOS EBANOS RECORDED IN VOLUME 13, PAGE 46, HIDALGO COUNTY MAP RECORDS (H.C.M.R.), CONVEYED TO PAMELA RIVAS BY A DEED DATED MARCH 23, 2006, RECORDED IN DOCUMENT NUMBER 1594667 OF THE HIDALGO COUNTY OFFICIAL RECORDS (H.C.O.R.) LOCATED IN HIDALGO COUNTY, TEXAS; SAID 0.0844 ACRE TRACT BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

COMMENCING at a found 1/2 inch iron rod for the northwest corner of said Lot 101, the southeast corner of Lot 340 of the subdivision of Porciones 38, 39 and 40 recorded in Volume 4, Page 17-19 H.C.M.R., conveyed to Rodolfo M. Pena, Jr., et. al. by a deed dated October 10, 2003, recorded in Document Number 1288402 H.C.O.R., the southwest corner of Section 5 of Lot 100 Village of Los Ebanos recorded in Volume 413, Page 269 of the Hidalgo County Deed Records (H.C.D.R.), conveyed to Rene J. Pena by a deed dated August 21, 1998, recorded in Volume 2652, Page 923 H.C.D.R. and the northeast corner of Lot 341 of said subdivision of Porciones 38, 39 and 40, having coordinates of N = 16,612,938.70, E = 963,283.41;

THENCE, South 80 degrees 33 minutes 21 seconds East, along the north line of said Lot 101 and the south line of said Section 5, Lot 100, a distance of 46.75 feet;

THENCE, South 30 degrees 14 minutes 11 seconds East, a distance of 98.08 feet to a point, for the **POINT OF BEGINNING** and the northwest corner of the herein described tract, having coordinates of N = 16,612,846.29, E = 963,378.92;

THENCE, South 75 degrees 39 minutes 40 seconds East, a distance of 83.40 feet to a point for an angle point of the herein described tract;

THENCE, South 67 degrees 23 minutes 20 seconds East, a distance of 71.96 feet to a point for an angle point of the herein described tract;

THENCE, South 77 degrees 15 minutes 32 seconds East, a distance of 60.69 feet to a point for an angle point of the herein described tract;

THENCE, South 26 degrees 27 minutes 05 seconds East, a distance of 31.33 feet to a point for an angle point of the herein described tract;

THENCE, South 01 degrees 07 minutes 46 seconds East, a distance of 132.68 feet to a point for the southeast corner of the herein described tract, being on the south line of said Lot 101 and the north line of a called 3.0 acre tract of land conveyed to E. B. Reyna by a deed dated January 20, 1951 recorded in Instrument Number 1851 H.C.D.R.;

THENCE, North 80 degrees 33 minutes 21 seconds West, along the south line of said Lot 101 and the north line of said Reyna tract, a distance of 10.17 feet to a point for an angle point of the herein described tract;

THENCE, North 01 degrees 07 minutes 46 seconds West, a distance of 128.57 feet to a point for an angle point of the herein described tract;

THENCE, North 26 degrees 27 minutes 05 seconds West, a distance of 24.34 feet to a point for an angle point of the herein described tract;

THENCE, North 77 degrees 15 minutes 32 seconds West, a distance of 56.80 feet to a point for an angle point of the herein described tract;

THENCE, North 67 degrees 23 minutes 20 seconds West, a distance of 72.10 feet to a point for an angle point of the herein described tract;

THENCE, North 75 degrees 39 minutes 40 seconds West, a distance of 75.26 feet to a point for an angle point of the herein described tract;

THENCE, North 00 degrees 01 minutes 44 seconds East, a distance of 3.44 feet to a point for an angle point of the herein described tract;

THENCE, North 30 degrees 14 minutes 11 seconds West, a distance of 9.35 feet to the POINT OF BEGINNING and containing 0.0844 acre or 3,678 square feet of land.

Bearings and coordinates are referenced to the Texas Coordinate System, NAD83, South Zone (4205) and referenced to Cooperative CORS Network Station AUGLIR, having coordinates of N=16,664,165.44 & E=878,725.08. All coordinates and distances are U.S. Survey Foot.

Tract:  RGV-MCS-1004E-3

# Schedule DD

SCHEDULE "DD"
Fee, Excluding Minerals



**LAND TO BE CONDEMNED**

Tract:  RGV-MCS-1004
Owner: Pamela Rivas
Acres:  0.3816
Hidalgo County, Texas

SCHEDULE "DD"
Perpetual Road Easement



LAND TO BE CONDEMNED

Tract: RGV-MCS-1004E-1
Owner: Pamela Rivas
Acres: 0.3958
Hidalgo County, Texas

Amendment to Declaration of Taking - Page 13

SCHEDULE "DD"
Perpetual Road Easement



SCHEDULE "DD"
Perpetual Road Easement



SCHEDULE "DD"
Temporary Road Easement



**LAND TO BE CONDEMNED**

Tract: RGV-MCS-1004E-2
Owner: Pamela Rivas
Acres: 0.1135
Hidalgo County, Texas

Amendment to Declaration of Taking - Page 16

SCHEDULE "DD"
Temporary Road Easement



SCHEDULE "DD"
Temporary Road Easement



SCHEDULE "DD"
Temporary Road Easement



<span style="color:red">LAND TO BE CONDEMNED</span>

Tract: RGV-MCS-1004E-3
Owner: Pamela Rivas
Acres: 0.0844
Hidalgo County, Texas

Amendment to Declaration of Taking - Page 19

SCHEDULE "DD"
Temporary Road Easement



SCHEDULE "DD"
Temporary Road Easement



# Schedules EE

SCHEDULE "EE"
ESTATE TAKEN

FEE, EXCLUDING MINERALS

Hidalgo County, Texas

Tract: RGV-MCS-1004          Owner:  Pamela Rivas          Acres: 0.3857

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads and pipelines; excepting and excluding all interests in minerals and the rights appurtenant thereto; reserving the following rights and interests in the property being acquired by the United States as described herein: a perpetual right-of-way on both sides of the Federal border barrier for the purpose of gaining access to condemnee's land on the other side of the border barrier; and, the United States grants to the condemnee a perpetual right-of-way across other lands of the United States along and on both sides of the border barrier to reach and utilize the nearest border barrier gate for the purpose of accessing condemnee's lands on the other side. The purpose of this provision is to clarify that the United States is not prohibiting access to condemnee's remaining lands between the border barrier and the Rio Grande River, but is providing a permanent right-of-way to condemnee and all landowners similarly situated to access the nearest border barrier gate which allows entry to the other side of the border barrier from which unacquired land can be accessed.

The estate taken excepts and excludes all interests in minerals and in water distribution and drainage systems, provided that any surface rights arising from the excluded interests in water distribution and drainage systems are subordinated to the construction, operation, and maintenance of the border barrier.