UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO.: 7:08-cv-00302 |
| 0.094 ACRES OF LAND, more or less, situated in HIDALGO COUNTY, TEXAS; and EDIBERTO B. REYNA, et al., | § § § § § | |
| Defendants. | § § | |

## NOTICE OF RESOLUTION OF TITLE CLAIM

Defendants Pamela Rivas and Ediberto Reyna and Elda Reyna hereby notify the Court that a resolution of the title claim made by Defendant Rivas against Defendants Ediberto Reyna and Elda Reyna has been reached. The Title Hearing scheduled for February 5, 2014 is thus no longer necessary. Additional documents regarding this resolution will be filed with the Court by February 7, 2014.

Respectfully submitted,

For landowner Pamela Rivas

　　　　　/s/　　　　　
Marinda van Dalen
TX Bar No.: 00789698
S.D. Bar No.: 17577
Texas RioGrande Legal Aid, Inc.
531 E. Francis St.
Brownsville, TX 78520
Phone: (956) 982-5540
Fax: (956) 541-1410
Email: mvandalen@trla.org

        For landowner Ediberto and Elba Reyna

        _____/s/_____
Mark E. Wilkins
TX Bar No.: 24042160
Wilkins, Wilkins & Quintana
P.O. Box 3609
McAllen, TX 78502
Phone: (956) 682-4551