UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § Plaintiff, § § vs. § 0.094 ACRES OF LAND, MORE OR LESS, § SITUATED IN HIDALGO COUNTY, § TEXAS, ET AL. § § Defendants. § | Civil Action No. 7:08-cv-302 |

## UNOPPOSED MOTION TO WITHDRAW
## MARINDA VAN DALEN AS COUNSEL

Defendant Pamela Rivas hereby moves to withdraw Marinda van Dalen as her counsel in this matter and states as follows:

1. Ms. van Dalen is leaving Texas RioGrande Legal Aid, Inc. and will therefore no longer be able to represent Defendant.

2. Attorney Jerome Wesevich of Texas RioGrande Legal Aid, Inc. will remain as counsel for Defendant Rivas.

3. Withdrawal of Ms. van Dalen as an attorney of record will not cause undue delay and will not have a material adverse effect on Defendant's interests.

WHEREFORE, Defendant Rivas respectfully requests leave to allow Ms. van Dalen to withdraw as counsel in this matter.

DATED:       May 17, 2017            Respectfully submitted.

TEXAS RIOGRANDE LEGAL AID, INC.

_____/S/ Jerome W. Wesevich_____
Jerome W. Wesevich
Texas Bar No. 21193250
S.D. TX No.17397
1331 Texas Avenue
El Paso, TX 79901
Telephone (915) 585-5100
Fax (915) 544-3789
jwesevich@trla.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2017 I filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send a notice of the electronic filing to all counsel of record who have registered with this Court's ECF system.

/S/ Marinda van Dalen

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for the Plaintiff in this litigation and his client is unopposed to the filing of this motion.

/S/ Marinda van Dalen