Case 7:08-cv-00302   Document 135   Filed on 01/07/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § CIVIL ACTION NO. 7:08-cv-00302 | |
| 2.6433 ACRES OF LAND, more or less, in § | |
| HIDALGO COUNTY, TEXAS; and § | |
| PAMELA RIVAS, et al., § | |
| § | |
| Defendants. § | |

## **ORDER**

The Court now considers the parties' "Joint Motion to Extend Discovery Deadlines."[1] This case commenced in 2008.[2] In June 2020, this Court issued a scheduling order to finally resolve this long-pending proceeding.[3] The Court's June scheduling order set the parties' deadline to complete discovery as February 12, 2021.[4] On December 17, 2020, the parties jointly moved to extend the February discovery deadline to March 15, 2021.[5] The Court acknowledged that the parties agreed on the extension and were finalizing "all remaining discovery issues" and granted the extension.[6] Fourteen days after the Court's order granting the extension, the parties filed the instant motion using a near-identical rationale to request yet another extension,[7] this

---

[1] Dkt. No. 134.
[2] Dkt. No. 39.
[3] Dkt. No. 127.
[4] *Id.* at 1.
[5] Dkt. No. 132.
[6] Dkt. No. 133 at 1 (quotation omitted).
[7] *Compare* Dkt. No. 132 at 2, ¶ 4 ("This request will be in the best interest of Pamela Rivas and the United States and would enable the parties to finalize any and all remaining discovery issues."), *with* Dkt. No. 134 at 2, ¶ 5 ("This request will be in the best interest of Pamela Rivas and the United States and would enable the parties to complete outstanding discovery issues given the complex nature of this case, which involves nine distinct takings.").

time for 45 days. The parties offer no other justification for this further extension and no reason why the earlier joint motion for an extension did not request the extension now sought.

"A district court has inherent power 'to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.'"[8] The Court does not find the parties' instant request for a further extension to be an economical use of time. The parties in this case enjoy months before the close of discovery and should promote the efficient use of that time. The joint motion[9] is **DENIED**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 7th day of January 2021.

_____
Micaela Alvarez
United States District Judge

---

[8] *United States v. Colomb*, 419 F.3d 292, 299 (5th Cir. 2005) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)).
[9] Dkt. No. 134.