STATE OF TEXAS

COUNTY OF STARR

1. I am employed by the City of Roma, Texas as Assistant City Manager.

2. In my capacity as Assistant City Manager, I am familiar with the process in which the City of Roma acquired four adjacent lots in connection with the City's new bus terminal.

3. The United States of America recently requested information about the City's acquisition of these four properties, including any appraisals done prior to the City's acquisition and the closing documents.

4. The City produced appraisal reports to the United States that the City had commissioned an appraiser (Professional Appraisal Services, Inc.) to perform on the four properties, dated September 2015. The market value for the four properties was determined to be:

   - Lot 5, Blk 43 (301 N. Grant Street): $185,000.00
   - Lot 6, Blk 43 (303 N. Grant Street): $150,000.00
   - Lot 7, Blk 43 (305 N. Grant Street): $210,000.00
   - Lot 8, Blk 43 (307 N. Grant Street): $190,000.00

5. The City ultimately acquired the four properties in 2016 and 2017 for the following sums:

   - Lot 5, Blk 43 (301 N. Grant Street): $200,000.00 (April 7, 2016)
   - Lot 6, Blk 43 (303 N. Grant Street: $200,000.00 (September 21, 2016)
   - Lot 7, Blk 43 (305 N. Grant Street): $240,000.00 (April 11, 2017)
   - Lot 8, Blk 43 (307 N. Grant Street): $190,00.00 (April 1, 2016)

6. The new bus terminal was needed to address unregulated bus traffic near the Roma Port of Entry, the loss of several bus lines due to a lack of proper infrastructure, and to help serve as an anchor for business development along Grant Street.[1]

_____  Date: 8/10/2021
José Alfredo Guerra Jr.
Assistant City Manager
City of Roma, Texas

Before me, a notary public, on this date 8/10/2021 personally appeared Jose Alfredo Guerra, Jr. known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.

Liliana Sandoval
Notary Public's Signature

(Personalized Seal) 
LILIANA SANDOVAL
My Notary ID # 128695811
Expires August 4, 2023

---

[1] Roma Transit Station, https://www.cityofroma.net/current-projects.html.

01345836;1


GOVERNMENT EXHIBIT 1