# Professional Appraisal Services, Inc.

John H. Malcom, Jr, MAI,
CCIM, SR/WA
P.O. Box 3722
McAllen, Texas, 78502

Email:jmalcom@proappraisal.com
Phone: 956 687-9535
Fax: 956 687-9539



September 8, 2015


Crisanto Salinas, City Manager
City of Roma
77 Convent Street
Roma, Texas 78584


Re:    Appraisal Report, Real Estate Appraisal
       FTA Parcel - Onesimo De La Cruz Estate
       301 East Mendez Avenue, Roma,
       Starr County, Texas, 78584

       File Name: PAS 2015-6768.2

Dear Mr. Salinas:

At your request, I have prepared an appraisal for the above referenced property, which may be briefly described as follows:

A proposed acquisition for a new bus terminal.

Please reference page 19 of this report for important information regarding the scope of research and analysis for this appraisal, including property identification, inspection, highest and best use analysis and valuation methodology.

I certify that I have no present or contemplated future interest in the property beyond this estimate of value. The appraiser has not performed any prior services, as an appraiser or in any other capacity, regarding the subject property within the previous three years of the appraisal date.

Your attention is directed to the Limiting Conditions and Assumptions section of this report (page 17). Acceptance of this report constitutes an agreement with these conditions and assumptions. In particular, I note the following:

GOVERNMENT EXHIBIT 2

Extraordinary Assumptions:
- This appraisal has been prepared without benefit of a current survey or detailed title report for the property. Land area is based on information obtained from the Starr County Appraisal District and from a recorded map of the City. The appraisal is subject to revision if subsequent information reveals information about the property that is significant in terms of the land area.

- Mr. De La Cruz indicated that the yellow building identified as 'Taqueria Denisse" occupies a portion of the subject property under a month to month land rent. He indicated that the tenant would be responsible to remove the improvements upon a sale of the property. The appraisal is prepared under the extraordinary assumption that the improvements will be removed at no cost to either the property owner or an acquiring agency.

Based on the appraisal described in the accompanying report, subject to the Limiting Conditions and Assumptions, Extraordinary Assumptions and Hypothetical Conditions (if any), I have made the following value conclusion(s):

Current Market Value:
The market value of the Fee Simple estate of the property, as of May 5, 2015, is

$185,000
One Hundred Eighty Five Thousand Dollars

We trust this report satisfies the conditions of your request. Please call on us if any item is not clear or if further amplification of any point in this report would be helpful. Thank you for the confidence placed in us by virtue of this assignment and for the opportunity of providing our appraisal and consultation services to you.

Respectfully submitted,
Professional Appraisal Services, Inc.

John H. Malcom, Jr., MAI, CCIM, SR/WA
TX-1320239-G

# Part I – Title Page
### APPRAISAL REPORT - REAL ESTATE APPRAISAL

Of
FTA Parcel - Onesimo De La Cruz Estate



301 East Mendez Avenue, Roma,
Starr County, Texas, 78584

As of
May 5, 2015

Prepared For
Crisanto Salinas, City Manager
City of Roma
77 Convent Street
Roma, Texas 78584

Prepared by
Professional Appraisal Services, Inc.
John H. Malcom, Jr., MAI, CCIM, SR/WA, TX-1320239-G
File Name: PAS 2015-6768.2

Part I Introduction

## Summary of Important Facts and Conclusions

| General | |
|---|---|
| Subject: | FTA Parcel - Onesimo De La Cruz Estate<br>301 East Mendez Avenue, Roma, Starr County, Texas, 78584<br><br>A proposed acquisition for a new bus terminal. |
| Owner: | Edna De La Cruz Jones, Maria Hortencia De La Cruz Valentine, Irene De La Cruz Trevino, Noemi De La Cruz Damel, Irma I. De La Cruz, Onesimo De La Cruz, Monica De La Cruz Terrazas, and Jesus Salvador De La Cruz. |
| Legal Description – Whole Property: | The surface only of all of Lot 5, Block 43 of the Original Townsite of Roma, Starr County, Texas. |
| Date of Report: | September 8, 2015 |
| Intended Use: | The intended use is to develop an opinion of market value for acquisition purposes. The property is proposed for acquisition as part of a project to construct a Bus Terminal to provide transportation services by the City of Roma and Federal Transit Administration (FTA). |
| Intended User(s): | The client, the City of Roma, the Federal Transit Administration, and persons authorized in the review and grant approval process. Use of the appraisal by others, for any reason, is not authorized. |

**Assessment:** The market value assessment by the Starr County Appraisal District for 2014 is contained in the following table:

| Real Estate Assessment and Taxes - Whole Property Before Acquisition | | | | | |
|---|---|---|---|---|---|
| Tax ID | Land | Improvements | Total | Tax Rate | Taxes |
| 15000-04300-00500-000010 | $24,390 | $0 | $24,390 | $3.209020 | $783 |
| 15000-04300-00500-000000 | $0 | $53,780 | $53,780 | $3.209020 | $1,726 |
| Totals | $24,390 | $53,780 | $78,170 | | $2,508 |

Part I Introduction

Sale History:

    A title report was provided the appraiser that indicates the current owner is Edna De La Cruz Jones, Maria Hortencia De La Cruz Valentine, Irene De La Cruz Trevino, Noemi De La Cruz Damel, Irma I. De La Cruz, Onesimo De La Cruz, Monica De La Cruz Terrazas, and Jesus Salvador De La Cruz. Neither the title report nor the appraisal district provides an ownership history. Mr. De La Cruz indicated the family ownership extends more than 50 years. The property is not currently offered for sale. I know of no offers to purchase or sell the property in five year period preceding the date of appraisal.

**Land:** The property includes an improved tract in Starr County, Texas. Property characteristics are summarized as follows:

| Land Summary | | | | | | |
|---|---|---|---|---|---|---|
| **Parcel ID** | **Gross Land Area (Acres)** | **Usable Land Area (Acres)** | **Highest and Best Use Site as Vacant** | **Flood Zone** | **Topography** | **Shape** |
| Larger Parcel | 0.152 | 0.152 | Commercial use | Zone C or X | Near level | Rectangular |
| Part to be Acquired | 0.152 | 0.152 | Commmercial | Zone C or X | Near level | Rectangular |
| Remainder | 0.000 | 0.000 | No remainder | No remainder | No remainder | No remainder |

Zoning:                      C-3, Retail and Office

Part I Introduction

| | |
|---|---|
| Improvements" | The improvements include a masonry building with frame additions. Total building area is approximately 4,687 square feet. The masonry portion of the building is the original construction which dates to the 1800's. This portion of the building is approximately 2,686 square feet. In 1957, the first frame addition was constructed and this was an extension of the ground floor to provide living area behind the masonry building. Sometime after 1957, a second frame addition was added to the ground floor and in 1969 the second floor was added. The total building area for the frame portion of the building is approximately 2,001 square feet. The chronological age of the improvements ranges from around 46 years for the second floor to 58 years for the apartment to more than 100 years for the masonry portion of the building. Based on a weighted average, the chronological age is around 80 years. The building condition and effective age is less than the chronological age. The effective age is estimated at 30 years. Construction for the masonry section is load bearing brick and stucco exterior walls over a concrete foundation and concrete floor. Interior walls are wood frame with painted drywall. Ceilings include suspended acoustic ceilings and painted drywall. Flooring is exposed concrete and vinyl tile. The roof includes a mix of gable roof and single pitch roof. The bus company has a front lobby with a sales and service counter and 2 rest rooms. It also has the use of open storage on the ground floor. The second floor is partitioned for 4 bedrooms and one bath. The interior finish is laminate flooring and painted drywall. The climate controlled portions of the building are served by central air conditioning and heat. The second floor had a window air conditioning unit and space heaters. The apartment and remaining portion of the ground floor was not available for inspection. The owner indicates that the apartment is 1 bedroom and 1 bath with living area, kitchen, dining area, bedroom, laundry room, utility room and bath. |
| | Site improvements include an attached carport for 2 cars and concrete for an open patio. |

Part I Introduction

| | |
|---|---|
| Larger Parcel: | In order to determine the larger parcel it is necessary to consider the elements of unity of use, unity of ownership, and contiguity. The appraised property is identified as Lot 5, Block 43 of the Original Townsite of Roma. To the appraiser's knowledge, there is a single unity of ownership and there are no other contiguous tracts under a similar ownership. Although only a portion of the site is improved, there is no excess land and the improvements are utilized for complementary purposes. The proposed acquisition includes the entire lot and the larger property is all of lot 5, Block 43.

The appraised property is the gross land area of 0.152 acres. It represents the fee simple ownership of Edna De La Cruz Jones, Maria Hortencia De La Cruz Valentine, Irene De La Cruz Trevino, Noemi De La Cruz Damel, Irma I. De La Cruz, Onesimo De La Cruz, Monica De La Cruz Terrazas, and Jesus Salvador De La Cruz.. This is the larger parcel. |
| Legal Description – Larger Parcel: | The surface only of all of Lot 5, Block 43 of the Original Townsite of Roma, Starr County, Texas. |
| Highest and Best Use of the Site: | Commercial use |
| Highest and Best Use as Improved: | Continued use of the improvements. |

Part I Introduction

| **Market Value Indications** | | | |
|---|---|---|---|
| | Whole Property Before Acquisition | Remainder Property After Acquisition | Total Compensation |
| Market Value: | $185,000 | $0 | $185,000 |
| | | | |
| Reconciled Value(s): | Whole Property Before | Remainder Property After | Total Compensation |
| Value Conclusion(s) | $185,000 | $0 | $185,000 |
| Effective Date(s) | May 5, 2015 | May 5, 2015 | May 5, 2015 |
| Property Rights | Fee Simple | Fee Simple | Fee Simple |

**Aerial Image -** Edna De La Cruz Jones, Maria Hortencia De La Cruz Valentine, Irene De La Cruz Trevino, Noemi De La Cruz Damel, Irma I. De La Cruz, Onesimo De La Cruz, Monica De La Cruz Terrazas, and Jesus Salvador De La Cruz.

