# Professional Appraisal Services, Inc.

John H. Malcom, Jr, MAI,
CCIM, SR/WA
P.O. Box 3722
McAllen, Texas, 78502

Email:jmalcom@proappraisal.com
Phone: 956 687-9535
Fax: 956 687-9539



September 8, 2015

Crisanto Salinas, City Manager
City of Roma
77 Convent Street
Roma, Texas 78584

Re:    Appraisal Report, Real Estate Appraisal
       FTA Parcel Julieta Guzman
       305 Grant Street, Roma,
       Starr County, Texas, 78584

       File Name: PAS 2015-6768.3

Dear Mr. Salinas:

At your request, I have prepared an appraisal for the above referenced property, which may be briefly described as follows:

A proposed acquisition for a new bus terminal.

Please reference page 16 of this report for important information regarding the scope of research and analysis for this appraisal, including property identification, inspection, highest and best use analysis and valuation methodology.

I certify that I have no present or contemplated future interest in the property beyond this estimate of value. The appraiser has not performed any prior services, as an appraiser or in any other capacity, regarding the subject property within the previous three years of the appraisal date.

Your attention is directed to the Limiting Conditions and Assumptions section of this report (page 14). Acceptance of this report constitutes an agreement with these conditions and assumptions. In particular, I note the following:



GOVERNMENT EXHIBIT 4

City of Roma
September 8, 2015
Page 2

Extraordinary Assumptions:

- This appraisal has been prepared without benefit of a current survey or detailed title report for the property. Land area is based on information obtained from the Starr County Appraisal District and from a recorded map of the City. The appraisal is subject to revision if subsequent information reveals information about the property that is significant in terms of the land area.

- The appraised property includes an ongoing business that includes a flower shop and beauty shop. Trade fixtures for these businesses include cabinets and displays that are not permanently attached to the building. The owners specifically instructed the appraiser to consider these items personal property. No compensation has been included for these items in the appraisal.

Based on the appraisal described in the accompanying report, subject to the Limiting Conditions and Assumptions, Extraordinary Assumptions and Hypothetical Conditions (if any), I have made the following value conclusion(s):

Current Market Value:
The market value of the Fee Simple estate of the property, as of May 12, 2015, is

$210,000
Two Hundred Ten Thousand Dollars

We trust this report satisfies the conditions of your request. Please call on us if any item is not clear or if further amplification of any point in this report would be helpful. Thank you for the confidence placed in us by virtue of this assignment and for the opportunity of providing our appraisal and consultation services to you.

Respectfully submitted,
Professional Appraisal Services, Inc.

John H. Malcom, Jr., MAI, CCIM, SR/WA
TX-1320239-G

Part I Introduction

# Part I – Title Page
### APPRAISAL REPORT - REAL ESTATE APPRAISAL

Of
FTA Parcel Julieta Guzman



305 Grant Street, Roma,
Starr County, Texas, 78584

As of
May 12, 2015

Prepared For
Crisanto Salinas, City Manager
City of Roma
77 Convent Street
Roma, Texas 78584

Prepared by
Professional Appraisal Services, Inc.
John H. Malcom, Jr., MAI, CCIM, SR/WA, TX-1320239-G
File Name: PAS 2015-6768.3

Professional Appraisal Services, Inc.    1

Part I Introduction

## Summary of Important Facts and Conclusions

| General | |
|---|---|
| Subject: | FTA Parcel Julieta Guzman<br>305 Grant Street, Roma, Starr County, Texas, 78584<br><br>A proposed acquisition for a new bus terminal. |
| Owner: | Julieta Sara Guzman and San Juanita Guzman |
| Legal Description – Whole Property: | The surface only of all of Lot 7, Block 43 of the Original Townsite of Roma, Starr County, Texas. |
| Date of Report: | September 8, 2015 |
| Intended Use: | The intended use is to develop an opinion of market value for acquisition purposes. The property is proposed for acquisition as part of a project to construct a Bus Terminal to provide transportation services by the City of Roma and Federal Transit Administration (FTA). |
| Intended User(s): | The client, the City of Roma, the Federal Transit Administration, and persons authorized in the review and grant approval process. Use of the appraisal by others, for any reason, is not authorized. |

**Assessment:** The market value assessment by the Starr County Appraisal District for 2014 is contained in the following table:

| Real Estate Assessment and Taxes - Whole Property Before Acquisition | | | | | |
|---|---|---|---|---|---|
| Tax ID | Land | Improvements | Total | Tax Rate | Taxes |
| 15000-04300-00700-000000 | $33,000 | $30,510 | $63,510 | $3.209020 | $2,038 |

Part I Introduction

Sale History:

    A title report was provided the appraiser that indicates the current owner is Julieta Sara Guzman and San Juanita Guzman. The report does not provide an ownership history. The Starr County Appraisal District indicates the previous conveyance was December 28, 1993 as recorded in Volume 685, Page 221 of the Official Records of Starr County, Texas. The property has been under the same or similar ownership for more than 5 years. To my knowledge, the property is not currently offered for sale and I know of no offers to purchase or sell the property in the five year period preceding the date of appraisal.

**Land:** The property includes an improved tract in Starr County, Texas. Property characteristics are summarized as follows:

| Land Summary | | | | | | |
|---|---|---|---|---|---|---|
| **Parcel ID** | **Gross Land Area (Acres)** | **Usable Land Area (Acres)** | **Highest and Best Use Site as Vacant** | **Flood Zone** | **Topography** | **Shape** |
| Larger Parcel | 0.152 | 0.152 | Commercial use | Zone C or X | Near level | Rectangular |
| Part to be Acquired | 0.152 | 0.152 | Commmercial | Zone C or X | Near level | Rectangular |
| Remainder | 0.000 | 0.000 | No remainder | No remainder | No remainder | No remainder |

Zoning:                        C-3, Retail and Office

Part I Introduction

| | |
|---|---|
| Improvements" | The primary building was completed in 2003 and includes 1,350 square feet of finished space and 650 square feet of unfinished storage. The gross building area is 2,000 square feet. Construction is concrete masonry block on a concrete foundation and concrete floor slab. The roof is wood or truss construction with a single pitch roof with a built up roof cover. The unfinished section of the building has a concrete floor, concrete block walls, and a tape and floated drywall ceiling. It contains the return air and electric heat for the central air conditioning system for the finished portion of the building. The beauty shop and flower shop has a covered front entry with roll down metal shutters. The front entry has display windows. The interior finish included tile flooring and textured and painted drywall for the walls and ceilings. Lighting is by recessed florescent fixtures and air conditioning and heat is by ducts through the ceiling. The shop has two rest rooms and each has 2 fixtures. Trade fixtures include display cabinets and cabinets for the styling area. Overall property condition is typical for the building age. The chronological age of the building is around 12 years. Maintenance and repair has been good and the property and building condition is good. The effective age is estimated at 6 years with an economic life of 50 years. The two detached buildings and the canopy section have a significantly higher effective age. The effective age for these structures is estimated at 35 years with an economic life of 50 years. |

Part I Introduction

| | |
|---|---|
| Larger Parcel: | In order to determine the larger parcel it is necessary to consider the elements of unity of use, unity of ownership, and contiguity. The appraised property is identified as Lot 7, Block 43 of the Original Townsite of Roma. To the appraiser's knowledge, there is a single unity of ownership and there are no other contiguous tracts under a similar ownership. Although only a portion of the site is improved, there is no excess land and the improvements are utilized for similar purposes. The proposed acquisition includes the entire lot and the larger property is all of lot 7, Block 43.

The appraised property is the gross land area of 0.152 acres. It represents the fee simple ownership and underlying fee estate of Julieta Sara Guzman and San Juanita Guzman. This is the larger parcel. |
| Legal Description – Larger Parcel: | The surface only of all of Lot 7, Block 43 of the Original Townsite of Roma, Starr County, Texas. |
| Highest and Best Use of the Site: | Commercial use |
| Highest and Best Use as Improved: | Continued use of the improvements. |

Part I Introduction

**Market Value Indications**

|  | Whole Property Before Acquisition | Remainder Property After Acquisition | Total Compensation |
|---|---|---|---|
| Market Value: | $210,000 | $0 | $210,000 |
| Reconciled Value(s): | Whole Property Before | Remainder Property After | Total Compensation |
| Value Conclusion(s) | $210,000 | $0 | $210,000 |
| Effective Date(s) | May 12, 2015 | May 12, 2015 | May 12, 2015 |
| Property Rights | Fee Simple | Fee Simple | Fee Simple |

**Aerial Image - Julieta Sara Guzman and San Juanita Guzman**



Professional Appraisal Services, Inc.     8