# Professional Appraisal Services, Inc.

John H. Malcom, Jr, MAI,
CCIM, SR/WA
P.O. Box 3722
McAllen, Texas, 78502



Email:jmalcom@proappraisal.com
Phone: 956 687-9535
Fax: 956 687-9539

September 7, 2015


Crisanto Salinas, City Manager
City of Roma
77 Convent Street
Roma, Texas 78584


Re:     Appraisal Report, Real Estate Appraisal
        FTA Parcel - Life Estate of Josefina P. Chavez
        307 & 309 Grant Street, Roma,
        Starr County, Texas, 78584

        File Name: PAS 2015-6768.1

Dear Mr. Salinas:

At your request, I have prepared an appraisal for the above referenced property, which may be briefly described as follows:

A proposed acquisition for a new bus terminal.

Please reference page 19 of this report for important information regarding the scope of research and analysis for this appraisal, including property identification, inspection, highest and best use analysis and valuation methodology.

I certify that I have no present or contemplated future interest in the property beyond this estimate of value. The appraiser has not performed any prior services, as an appraiser or in any other capacity, regarding the subject property within the previous three years of the appraisal date.

Your attention is directed to the Limiting Conditions and Assumptions section of this report (page 17). Acceptance of this report constitutes an agreement with these conditions and assumptions. In particular, I note the following:

GOVERNMENT
EXHIBIT

5

City of Roma
September 7, 2015
Page 2

Extraordinary Assumptions:
- This appraisal has been prepared without benefit of a current survey or detailed title report for the property.  Land area is based on information obtained from the Starr County Appraisal District and from a recorded map of the City.  The appraisal is subject to revision if subsequent information reveals information about the property that is significant in terms of the land area.

Based on the appraisal described in the accompanying report, subject to the Limiting Conditions and Assumptions, Extraordinary Assumptions and Hypothetical Conditions (if any), I have made the following value conclusion(s):

Current Market Value:
The  market value of the Fee Simple estate of the property, as of May 5, 2015, is

$190,000
One Hundred Ninety Thousand Dollars

We trust this report satisfies the conditions of your request.  Please call on us if any item is not clear or if further amplification of any point in this report would be helpful.  Thank you for the confidence placed in us by virtue of this assignment and for the opportunity of providing our appraisal and consultation services to you.

Respectfully submitted,
Professional Appraisal Services, Inc.

John H. Malcom, Jr., MAI, CCIM, SR/WA
TX-1320239-G

Part I Introduction

# Part I – Title Page

### APPRAISAL REPORT - REAL ESTATE APPRAISAL

Of
FTA Parcel - Life Estate of Josefina P. Chavez



307 & 309 Grant Street, Roma,
Starr County, Texas, 78584

As of
May 5, 2015

Prepared For
Crisanto Salinas, City Manager
City of Roma
77 Convent Street
Roma, Texas 78584

Prepared by
Professional Appraisal Services, Inc.
John H. Malcom, Jr., MAI, CCIM, SR/WA, TX-1320239-G
File Name: PAS 2015-6768.1

Part I Introduction

## Summary of Important Facts and Conclusions

| General |
|---|

| | |
|---|---|
| Subject: | FTA Parcel - Life Estate of Josefina P. Chavez 307 & 309 Grant Street, Roma, Starr County, Texas, 78584 |
| | A proposed acquisition for a new bus terminal. |
| Owner: | Life Estate of Josefina P. Chavez.  Remainder estate is vested in Heraldo Chavez, Renato B. Chavez, Maria Azucena Chavez Garcia, and Teresita de Jesus Chavez. |
| Legal Description – Whole Property: | The surface only of all of Lot 8, Block 43 of the Original Townsite of Roma, Starr County, Texas. |
| Date of Report: | September 7, 2015 |
| Intended Use: | The intended use is to develop an opinion of market value for acquisition purposes.  The property is proposed for acquisition as part of a project to construct a Bus Terminal to provide transportation services by the City of Roma and Federal Transit Administration (FTA). |
| Intended User(s): | The client, the City of Roma, the Federal Transit Administration, and persons authorized in the review and grant approval process.  Use of the appraisal by others, for any reason, is not authorized. |

**Assessment:**  The market value assessment by the Starr County Appraisal District for 2014 is contained in the following table:

| Real Estate Assessment and Taxes - Whole Property Before Acquisition | | | | | |
|---|---|---|---|---|---|
| **Tax ID** | **Land** | **Improvements** | **Total** | **Tax Rate** | **Taxes** |
| 15000-04300-000800-000000 | $19,800 | $29,840 | $49,640 | $3.209020 | $1,593 |

Part I Introduction

Sale History:

A title report was provided the appraiser that indicates the current owner is Josefina P. Chavez (a life estate interest) and Heraldo Chavez, Renato B. Chavez, Maria Azucena Chavez Garcia, and Teresita De Jesus Chavez. The title report does not provide an ownership history but the Starr County Appraisal District indicates the last conveyance was June 25, 1993.  The property has been under the same or similar ownership for more than 5 years.

The property is currently offered for sale at a price of $200,000.  I know of no other offers to purchase or sell the property in five year period preceding the date of appraisal.

**Land:**  The property includes an improved tract in Starr County, Texas.   Property characteristics are summarized as follows:

| Land Summary | | | | | | |
|---|---|---|---|---|---|---|
| **Parcel ID** | **Gross Land Area (Acres)** | **Usable Land Area (Acres)** | **Highest and Best Use Site as Vacant** | **Flood Zone** | **Topography** | **Shape** |
| Larger Parcel | 0.152 | 0.152 | Commercial use | Zone C or X | Near level | Rectangular |
| Part to be Acquired | 0.152 | 0.152 | Commmercial | Zone C or X | Near level | Rectangular |
| Remainder | 0.000 | 0.000 | No remainder | No remainder | No remainder | No remainder |

Zoning:                                   C-3, Retail and Office

Part I Introduction

Improvements"

The improvements include a masonry building of approximately 3,342 square feet.  The improvements are on the site so that the residence has a front entry along Grant Street and a rear entry and carport along Franklin Avenue.  The retail store is situated at the corner of the property at the intersection of Grant Street and Franklin Avenue.  The store entrance faces grant Street.  Mr. Chavez indicated the building was constructed in 1948 which indicates a chronological age of 67 years.  Although the building age is around 67 years, the building condition and effective age appears much newer.  Construction includes a concrete foundation and floor with masonry exterior walls.  The roof includes a mix of gable roof, single pitch roof, and a modified gable roof.  The store has a front retail and display area, a storage area, work room, and rest room with shower.  It has a metal and glass entry door and fixed windows,  The residence has 5 bedrooms, a foyer, living room, 2 baths, kitchen and dining room.  The interior finishes include a mix of tile and carpet flooring, interior walls include drywall, prefinished paneling, and masonry walls, and ceilings are textured and painted drywall.  The kitchen includes washer and dryer connections, a washer and dryer, refrigerator, an electric range and oven, and 2 compartment steel sink.  It has formica counters and upper and lower cabinets.   The main bathroom is handicap accessible and has tile flooring and wainscot and has a walk in shower, water closet, and sink and also has extensive storage.  The second bath is located off of the kitchen and has a fiberglass shower, water closet and sink.  The building is served by central air conditioning and heat.  Each bath also has a gas heater.

Site improvements include open gravel parking.

Professional Appraisal Services, Inc.                                              6

Part I Introduction

| | |
|---|---|
| Larger Parcel: | In order to determine the larger parcel it is necessary to consider the elements of unity of use, unity of ownership, and contiguity.  The appraised property is identified as Lot 8, Block 43 of the Original Townsite of Roma.  To the appraiser's knowledge, there is a single unity of ownership and there are no other contiguous tracts under a similar ownership.   Although only a portion of the site is improved, there is no excess land and the improvements are utilized for similar purposes.   The proposed acquisition includes the entire lot and the larger property is all of lot 8, Block 43. |
| | The appraised property is the gross land area of 0.152 acres.    It represents the fee simple ownership and Life Estate of Josefina P. Chavez.  Remainder estate is vested in Heraldo Chavez, Renato B. Chavez, Maria Azucena Chavez Garcia, and Teresita de Jesus Chavez..  This is the larger parcel. |
| Legal Description – Larger Parcel: | The surface only of all of Lot 8, Block 43 of the Original Townsite of Roma, Starr County, Texas. |
| Highest and Best Use of the Site: | Commercial use |
| Highest and Best Use as Improved: | Continued use of the improvements. |

Part I Introduction

| Market Value Indications | | | |
| --- | --- | --- | --- |
| | Whole Property Before Acquisition | Remainder Property After Acquisition | Total Compensation |
| Market Value: | $190,000 | $0 | $190,000 |
| Reconciled Value(s): | Whole Property Before | Remainder Property After | Total Compensation |
| Value Conclusion(s) | $190,000 | $0 | $190,000 |
| Effective Date(s) | May 5, 2015 | May 5, 2015 | May 5, 2015 |
| Property Rights | Fee Simple | Fee Simple | Fee Simple |

**Aerial Image - Life Estate of Josefina P. Chavez. Remainder estate is vested in Heraldo Chavez, Renato B. Chavez, Maria Azucena Chavez Garcia, and Teresita de Jesus Chavez.**

