| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAMELA RIVAS | MCALLEN DIVISION<br>CIVIL ACTION NO. 7:08-CV-302<br>**PLAINTIFF'S WITNESS LIST** |
| LIST OF: UNITED STATES OF AMERICA'S WITNESSES<br>TYPE OF HEARING: JURY TRIAL | AUSAs: Chris Pineda, Alexander DerGarabedian |
| JUDGE: Micaela Alvarez  CLERK: | REPORTER: |

| NO. | NAME OF WITNESS | EXPECTED TESTIMONY |
|---|---|---|
| 1 | John Minor, Jr.<br>Robinson, Duffy & Barnard, L.L.P.<br>1906 East Tyler Avenue, Suite C,<br>Harlingen, Texas 78550<br>(956) 428-4480 | Mr. Minor is a certified real estate appraiser who appraised the subject property and provided an opinion of value. Minor will testify as to the work he performed as part of his appraisal report for the 2008 Takings, his conclusions, the larger parcel, highest and best use, comparable properties, and market value of the property condemned by United States. The qualifications of John Minor are attached as Exhibit A to this Witness List. |
| 2 | Paul Grafe, MAI, CCIM<br>Senior Managing Director<br>Valbridge Property Advisors<br>9901 IH-10 West, Suite 1035<br>San Antonio, TX 78230<br>210-227-6229 | Mr. Grafe is a certified real estate appraiser who appraised the subject property and provided an opinion of value. Grafe will testify as to the work he performed as part of his appraisal report for the 2020 Takings, his conclusions, the larger parcel, highest and best use, comparable properties, and market value of the property condemned by United States. The qualifications of Paul Grafe are attached as Exhibit A to this Witness List. |

| | | |
|---|---|---|
| 3. | James K. Foley<br>(Acting) Special Operations Supervisor<br>RGV Wall Project Delivery Team<br>United States Customs and Border Protection, Office of Border Patrol<br>RGV Sector Headquarters<br>Edinburg, Texas<br>(956) 289-5761 | Supervisory Border Patrol Agent for the RGV Wall Project and will testify as to the use of the condemned property by the United States, access along the condemned property as well as the landowner's access to the riverside remainder and security issues associated with the border wall/fence project that are relevant to the valuation of the condemned property. |
| 4. | J.J. Contreras<br>Acting Port Director,<br>Rio Grande City Port of Entry<br>317 Pete Diaz Ave<br>Rio Grande City, Texas | Acting Port Director Contreras, who oversees operations of the Los Ebanos Port of Entry, will testify regarding the operations and limitations of the Los Ebanos Ferry, the condition of the Los Ebanos Port of Entry before and after the 2012-2013 modernization of the facility, and the crossing data associated with the Los Ebanos Port of Entry, as compared to other ports of entry in the Rio Grande Valley. |
| 5. | Andres Guerra<br>Port Director<br>Roma Port of Entry<br>405 Estrella Street<br>Roma, Texas | Port Director Guerra will testify regarding operations and crossing data for the Roma Port of Entry, given Defendant's argument that properties and sales near the Roma Port of entry are similar to Defendant's properties near the Los Ebanos Port of Entry. Port Director Guerra may also testify as to the crossing data associated with the Los Ebanos Port of Entry, as compared to other ports of entry in the Rio Grande Valley. |
| 6. | Charles Cook<br>Floodplain Management Branch Chief<br>Federal Emergency Management Agency – Region 6<br>800 N Loop 288<br>Denton, Texas | Branch Chief Cook will testify regarding FEMA's National Flood Insurance Program (NFIP), the requirements for local communities in special flood hazard areas to participate in the NFIP, and the records available for the Los Ebanos area. |
| 7. | Raul Sesin, P.E., C.F.M.<br>Hidalgo County Floodplain Administrator<br>(and General Manager for the Hidalgo County Drainage District No. 1)<br>902 N. Doolittle Road<br>Edinburg, Texas | Hidalgo County Floodplain Administrator Sesin will testify regarding the rules for residential and commercial development in special flood hazard areas in Hidalgo County, such as Los Ebanos, and his knowledge regarding any development permits requested or issued for the Los Ebanos area. |

| | | |
|---|---|---|
| 8. | Jose Alfredo Guerra, Jr. Assistant City Manager City of Roma 77 Convent Avenue Roma, Texas | Assistant City Manager Guerra will testify regarding the circumstances of the four City of Roma acquisitions that Defendant seeks to utilize as comparable sales evidence in this case. |