United States District Court
Southern District of Texas
**ENTERED**
September 16, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § CIVIL ACTION NO. 7:08-cv-00302 | |
| 2.6433 ACRES OF LAND, more or less, in § | |
| HIDALGO COUNTY, TEXAS; and § | |
| PAMELA RIVAS, § | |
| § | |
| Defendants. § | |

## ORDER

The Court now considers the parties' "Stipulation for Revestment and Motion for Entry of Final Judgment."[1] Therein, the parties request that the Court disburse the majority of the funds on deposit in the registry of the Court to "F&A Officer, USAED, Fort Worth."[2] However, the parties offer no information about the officer's name, address, or any other information that the Court may use to intelligibly instruct the Clerk of the Court with respect to the transmission of payment. The Court is therefore unable, at this time, to grant the parties' motion for entry of final judgment. The Court **ORDERS** Plaintiff United States, either singly or together with Defendant and no later than **September 22, 2021**, to file a notice elaborating upon the "F&A Officer, USAED, Fort Worth" and providing the Court with intelligible information by which the Court may ensure that payment is made to the proper recipient.[3]

IT IS SO ORDERED.

DONE at McAllen, Texas, this 16th day of September 2021.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 168.
[2] *Id.* at 5, ¶ 11.C.
[3] *See Clark v. White*, 185 F.2d 528, 530 (5th Cir. 1950) ("Of the jurisdiction and duty of the district court in distributing the fund in a condemnation case to find out to whom it justly belongs we have no doubt, and technical considerations ought not to limit it. The Constitution requires that just compensation be made and the statutes charge the district court with seeing that this is done. It cannot be done by paying it to the wrong persons.").